UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff** Chamilia, LLC<br><br>-v-<br><br>**Defendant** Pandora Jewelry, LLC | Case No. 04-cv-0617 (HB)<br>ECF CASE<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __Chamilia, LLC_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 8/2/04

Signature of Attorney

Attorney Bar Code: DS6740

Form Rule7_1.pdf