LATHROP & GAGE L.C.
William R. Hansen (WH-9446)
Gianfranco G. Mitrione (GM-8168)
Bernadette McGlynn Reilly (BM-4117)
230 Park Avenue, Suite 1847
New York, New York 10169
(212) 850-6220
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CHAMILIA, LLC,                                    :    Civil Action No.: 04 CV 06017 (HB)
                                                  :         ECF CASE
                        Plaintiff,                :
                                                  :    STIPULATION EXTENDING
       -against-                                  :    TIME TO ANSWER OR OTHERWISE
                                                  :    RESPOND TO THE COMPLAINT
PANDORA JEWELRY, LLC,                             :
                                                  :
                                                  :
                        Defendant.                :
------------------------------------------------------------X

WHEREAS Plaintiff Chamilia, LLC filed its Complaint on August 3, 2004;

WHEREAS Defendant was served with the Summons and Complaint on August 17, 2004;

WHEREAS Defendant's Answer is due on September 7, 2004;

WHEREAS, counsel for Plaintiff and counsel for Defendant have consulted;

IT IS HEREBY STIPULATED AND AGREED that Defendant shall file an Answer or otherwise respond to the Complaint on or before September 22, 2004;

| VERRILL & DANA, LLP | LATHROP & GAGE L.C. |
|---|---|
| One Portland Square, P.O. Box 586 | 230 Park Avenue, Suite 1847 |
| Portland, Maine 04112 | New York, New York 10169 |
| (207) 774-4000 | (212) 850-6220 |
| By: Dylan D. Smith (DS-6740) | By: Gianfranco G. Mitrione (GM-8618) |
| Dated: September 2, 2004 | Dated: September 2, 2004 |

CC 1326021v1