**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAMILIA, LLC, ) | |
| ) | Civil Action No.: 04-CV-6017 (KMK) |
| Plaintiff, ) | |
| ) | **MOTION FOR ADMISSION** |
| v. ) | **PRO HAC VICE** |
| ) | |
| PANDORA JEWELRY, LLC, ) | |
| ) | |
| Defendant. ) | |

*U.S. DISTRICT COURT FILED SEP 0 7 2004 S.D. OF N.Y.*

Pursuant to Local Rule 1.3(c) and upon the accompanying Declarations of Dylan D. Smith and Peter S. Black, the undersigned hereby moves for *pro hac vice* admission of Attorney Peter S. Black in the above-captioned case.

The undersigned is a member of the bar of this Court and an associate with the Portland, Maine law firm of Verrill & Dana, counsel to Plaintiff Chamilia, LLC. The undersigned certifies that he is actively associated with, and will at all times remain associated in this action with Attorney Black, who is also with the firm Verrill & Dana. As set forth in his accompanying Declaration, Attorney Black is a member in good standing of the bars of the following courts: Maine, Georgia, the U.S. District Court for the District of Colorado, U.S. District Court for the District of Maine, and the U.S. Court of Appeals for the First Circuit.

Dated: September 3, 2004

Dylan D. Smith (DS 6740)
Attorney for Plaintiffs

VERRILL & DANA, LLP
One Portland Square
P.O. Box 586
Portland, ME 04112-0586
(207) 774-4000
(207) 774-7499 (fax)

1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAMILIA, LLC, | ) |
|       Plaintiff, | ) Civil Action No.: 04-CV-06017 (HB) |
| v. | ) |
| PANDORA JEWELRY, LLC, | ) |
|       Defendant. | ) |

## ORDER

The Motion for Admission *Pro Hac Vice* Admission dated September 3, 2004 is hereby GRANTED.

_____
U.S. District Court Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAMILIA, LLC, | ) |
|          Plaintiff, | ) Civil Action No.: 04-CV-06017 (HB) |
| v. | ) |
| PANDORA JEWELRY, LLC, | ) |
|          Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Dylan D. Smith, hereby certify that I have this day caused a copy of the foregoing Motion for Pro Hac Vice Admission, the Declaration Peter S. Black, Proposed Order, and the Affidavit of Dylan D. Smith to be sent by first class mail, postage prepaid, to counsel of record as follows:

William R. Hansen, Esq.
Lathrop & Gage
230 Park Avenue, Suite 1847
New York, NY 10169

Dated at Portland, Maine this 3rd day of September, 2004.

_____
Dylan D. Smith, Esq. (DS 6740)
Attorney for Plaintiff

VERRILL & DANA, LLP
One Portland Square
P.O. Box 586
Portland, ME 04112
(207)774-4000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAMILIA, LLC,<br>of New York, New York,<br><br>        Plaintiff,<br>v.<br><br>PANDORA JEWELRY, LLC,<br>of Columbia, Maryland,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action Docket No.<br>)  04 CV 06017 (HB)<br>)<br>)<br>)<br>) |

## **DECLARATION OF DYLAN D. SMITH**

Pursuant to 28 U.S.C. § 1746, Dylan D. Smith hereby declares as follows:

1. I am an associate with the law firm of Verrill & Dana, LLP, in Portland, Maine. I am a member in good standing of the bar of the United States District Court for the Southern District of New York and have entered an appearance on behalf of Plaintiff Chamilia, LLC. I submit this declaration in support of the accompanying motion to admit Peter S. Black to practice fore this Court *pro hac vice*.

2. Peter S. Black is also associated with Verrill & Dana. I know him to be an attorney of the highest moral, ethical and professional standards.

3. I will remain associated with Mr. Black throughout the pendency of this matter, accept service of all processes, notices and other papers, and attend any proceeding as required by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2004.

                                                            Dylan D. Smith
                                                            Attorney for Plaintiff Chamilia, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAMILIA, LLC,<br>of New York, New York,<br><br>        Plaintiff,<br>v.<br><br>PANDORA JEWELRY, LLC,<br>of Columbia, Maryland,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Action Docket No.<br>)  04 CV 06017 (HB)<br>)<br>)<br>)<br>) |

## **DECLARATION OF PETER S. BLACK**

Pursuant to 28 U.S.C. § 1746, Peter S. Black hereby declares as follows:

1.    I am an associate with Verrill & Dana, LLP, counsel to Plaintiff Chamilia, LLC in the above-captioned action. I submit this declaration in support of the accompanying Motion for Admission *Pro Hac Vice*.

2.    I am a member in good standing, eligible to practice in and have been admitted to the following courts: Maine since 1999; Georgia since 1998; the U.S. District Court for the District of Colorado since 1999; U.S. District Court for the District of Maine since 2000; and the U.S. Court of Appeals for the First Circuit since 2003. Attached hereto are my certificates of good standing for each of these courts. I am not currently under any order of disbarment, suspension, or any other discipline.

3.    I will at all times have associated with me Dylan D. Smith, Esq., a member of the U.S. District Court for the Southern District of New York who is also with the firm Verrill & Dana LLP, upon whom all process, notices and other papers may be served and who will sign all papers filed with the Court and whose attendance at any proceeding may be required by the Court.

      I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2004.

                                                          Peter S. Black
                                                Attorney for Plaintiff Chamilia, LLC

VERRILL & DANA, LLP
One Portland Square
Portland, ME 04112
Direct: (207) 253-4602
Fax: (207) 774-7499

P:\jgoggin\Public\visitingattyblack.doc



# Certificate of Good Standing

## United States District Court
### District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY
**PETER SCHUYLER BLACK**
was duly admitted to practice in said court on
**JUNE 17, 1999**
and is in good standing as a member of the bar of said court.

Dated: August 11, 2004              Gregory C. Langham, Clerk

                                    By: _____
                                         Deputy Clerk



# BOARD OF OVERSEERS OF THE BAR
Established by the Maine Supreme Judicial Court

97 Winthrop Street
P.O. Box 527
Augusta, Maine 04332-0527

(207) 623-1121
FAX (207) 623-4175

E-Mail: board@mebaroverseers.org
www.mebaroverseers.org
www.mecle.com

**J. Scott Davis**
Bar Counsel

**Nora Sosnoff**
Geoffrey S. Welsh
Assistant Bar Counsel

**BOARD**

KAREN B. LOVELL, ESQ., CHAIR
MARVIN H. GLAZIER, ESQ., VICE CHAIR
SUSAN E. HUNTER, ESQ.
ROBERT L. McARTHUR, PH.D.
ANDREW J. PEASE, JR.
WILLIAM J. SCHNEIDER, ESQ.
PAUL H. SIGHINOLFI, ESQ.
CHARLES W. SMITH, JR., ESQ.
HARRIET R. TOBIN

(Maine Bar #8843)

Peter S. Black, Esq.
Verrill & Dana, LLP
One Portland Square
PO Box 586
Portland, ME  04112-0586

## CERTIFICATE OF GOOD STANDING
## AND DISCIPLINARY RECORD SEARCH

This is to certify that according to the registration records of Maine's Board of Overseers of the Bar Peter S. Black, Esq. of Portland, State of Maine was admitted to the Maine Bar in 1999 and is presently registered and in good standing with the Board of Overseers as an active practitioner.

In response to written request, the Board's records further indicate the following disciplinary record information:

| | |
|---|---|
| Reprimands: | None |
| Suspensions: | None |
| Disbarments: | None |

Dated at Augusta, County of Kennebec, State of Maine on August 10, 2004.

*Linda J. Hapworth*
Linda J. Hapworth, Registration Secretary

# United States Court of Appeals



### for the
## First Circuit

---

## Certificate of Good Standing

I, Richard Cushing Donovan, Clerk of the United States Court of Appeals for the First Circuit, do hereby certify that Peter S. Black was on the thirtieth day of October, in the year of our Lord, two thousand and three, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the First Circuit, and that said Attorney has ever since been in good standing.

*In Testimony Whereof,* I hereunto subscribe my name and affix the seal of the United States Court of Appeals for the First Circuit, this ninth day of August in the year of our Lord two thousand and four.



Clerk of the United States Court of Appeals for the First Circuit

# STATE BAR OF GEORGIA



Mr. Peter Schuyler Black
Verrill & Dana, LLP
One Portland Square
P. O. Box 586
Portland, ME 04104

**CURRENT STATUS:** Active Member

**DATE OF ADMISSION TO PRACTICE:** 04/15/1998

**Attorney Bar Number:** 059871

Today's Date:   August 9, 2004

Listed below are the disciplinary actions, if any, which have been taken against this member:

| Supreme Court Docket # | State Disciplinary Board Docket # | Disposition |
|---|---|---|
| NA | NA | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Must be certified by the Office of Bar Admissions (either by exam or on motion)
- Sworn in to the Superior Court in Georgia
- Enrolled with the State Bar of Georgia which is an arm of the Supreme Court of Georgia

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subject of such confidential complaints.

This member is currently in "good standing" as that term is defined by State Bar Rule 1-204. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

This document hereby certifies that the above-mentioned individual is a registered member of the State Bar of Georgia and is currently in good standing.

**STATE BAR OF GEORGIA**

*Toni Peterson*
Toni Peterson
Official Representative of State Bar of Georgia

HEADQUARTERS
104 Marietta Street • Suite 100
Atlanta, Georgia 30303 • (404) 527-8700
(800) 334-6865 • FAX (404) 527-8717

INTERNET ADDRESS
www.gabar.org

SOUTH GEORGIA
244 E. Second Street (Zip 31794) • P.O. Box 1390
Tifton, Georgia 31793-1390 • (229) 307-0446
(800) 330-0446 • FAX (229) 382-7435

CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

I, William S. Brownell, Clerk of the United States District Court for the District of Maine, DO HEREBY CERTIFY that PETER S. BLACK was duly admitted to practice in said Court on June 22, 2000, and is in good standing as a member of the bar of said Court.

William S. Brownell
Clerk

By: *Elizabeth Simmons*
Deputy Clerk

Dated this 4th day of August, 2004.