UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CHAMILIA, LLC, )
) Civil Action No.: 04-CV-06017 (HB)
Plaintiff, )
)
v. )
)
PANDORA JEWELRY, LLC, )
)
Defendant. )

### ORDER

The Motion for *Pro Hac Vice* Admission dated September 17, 2004 is hereby GRANTED.

_____
U.S. District Court Judge
9/25/04

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/04