LATHROP & GAGE L.C.
William R. Hansen (WH-9446)
Gianfranco G. Mitrione (GM-8168)
Bernadette McGlynn Reilly (BM-4117)
230 Park Avenue, Suite 1847
New York, New York 10169
(212) 850-6220
Attorneys for Defendant

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/04
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

CHAMILIA, LLC,

                Plaintiff,

   -against-

PANDORA JEWELRY, LLC,

                Defendant.

-------------------------------------------------X

Civil Action No.: 04 CV 06017 (HB)
ECF CASE

STIPULATION EXTENDING
TIME TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT

WHEREAS Plaintiff Chamilia, LLC filed its Complaint on August 3, 2004;

WHEREAS Defendant was served with the Summons and Complaint on August 17, 2004;

WHEREAS Defendant's Answer is due on September 7, 2004;

WHEREAS, counsel for Plaintiff and counsel for Defendant have consulted;

IT IS HEREBY STIPULATED AND AGREED that Defendant shall file an Answer or otherwise respond to the Complaint on or before September 22, 2004;

VERRILL & DANA, LLP
One Portland Square, P.O. Box 586
Portland, Maine 04112
(207) 774-4000

By: Dylan D. Smith (DS-6740)
Dated: September 2, 2004

LATHROP & GAGE L.C.
230 Park Avenue, Suite 1847
New York, New York 10169
(212) 850-6220

By: Gianfranco G. Mitrione (GM-8618)
Dated: September 2, 2004

CC 1326021v1

SO ORDERED

KENNETH M. KARAS U.S.D.J.
Nunc pro tunc 9/9/04