# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

CHAMILIA, LLC,                )
                             )    Civil Action No.:  04-CV-06017 (HB)
         Plaintiff,          )
                             )
    v.                       )
                             )
PANDORA JEWELRY, LLC,        )
                             )
         Defendant.          )

## ORDER

of Peter S. Black

The Motion for Admission *Pro Hac Vice* Admission dated September 3, 2004 is

hereby GRANTED.

_____
U.S. District Court Judge

┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: ___10/7/04___        │
└─────────────────────────────────┘