UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**Chamilia, L.L.C.**, *in New York, NY*,
                        Plaintiff.

-v-

**Pandora Jewelry, L.L.C.**, *of Columbia, Maryland*,
                        Defendant.

Case No.
04-cv-6017 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

        The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

        ORDERED, that counsel who will try the case appear for a status conference on December 20, 2004 at 11:30am in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

        Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at Fed. R.Civ.P. 16 conference, and to prepare a detailed written proposed schedule for any motions and discovery. Prior to the date of the conference, all parties must send the Court one copy of all pleadings.

        Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.

        **Counsel for the plaintiff is directed to notify all attorneys in this action by serving upon each of them a copy of this Order.**

Dated: November 15, 2004
       New York, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE