UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHAMILIA, L.L.C.,

                      Plaintiff,

-v-

PANDORA JEWELRY, L.L.C.,

                      Defendant.

Case No. 04-CV-6017 (KMK)

ORDER

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 12/20/04

KENNETH M. KARAS, District Judge:

At a conference held on December 20, 2004, the following dates were scheduled:

Defendant's motion for summary judgment is due January 14, 2005.

Plaintiff's response is due January 21, 2005.

Defendant's reply is due January 28, 2005.

SO ORDERED.

Dated:      December 20, 2004
                New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE