USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/04

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAMILIA, LLC, </br></br> Plaintiff, </br></br> v. </br></br> PANDORA JEWELRY, LLC, </br></br> Defendant. | Civil Action No.: 04-CV-06017 (KMK) </br> **ECF CASE** |

## STIPULATED PRETRIAL SCHEDULING ORDER

The parties having conferred pursuant to Fed. R. Civ. P. 26(f) and agreed upon the following schedule, pursuant to Fed. R. Civ. P. 16(b), it is hereby ORDERED as follows:

1. <u>Rule 26(a) Initial Disclosures</u>. The parties shall make initial disclosures pursuant to Fed. R. Civ. P. 26(a) on or before **November 12, 2004**.

2. <u>Discovery Deadline</u>. All discovery shall be completed by (and all discovery requests shall be propounded so as to require a response no later than) **May 16, 2005**.

3. <u>Expert Designations</u>. The parties shall disclose expert witnesses, if any, by **March 1, 2005**. Any rebuttal expert witnesses shall be disclosed by **April 1, 2005**. All expert disclosures shall be accompanied by a written report prepared pursuant to Fed. R. Civ. P. 26(a)(2)(B).

4. <u>Joinder of Parties; Amendment of Pleadings</u>. Amendments and/or motions to add additional parties, if any, will be considered upon motion, filed by no later than **April 15, 2005**.

5. <u>Dispositive Motions</u>. All dispositive motions and motions challenging expert witnesses, as well as supporting memoranda, shall be filed by **June 15, 2005**. Objections, including supporting memoranda, shall be filed by **July 15, 2005**. Any reply memoranda shall be filed by **August 2, 2005**.

6. <u>Joint Pretrial Order; Other Pretrial Submissions</u>. The parties shall submit a Joint Pretrial Order, in accordance with the undersigned Judge's Individual Practices and Fed. R. Civ. P. 26(a)(3), and each party shall submit its proposed voir dire questions, verdict form and requests to charge, as well as any motions *in limine* and (if the party believes it would be useful) a pretrial memorandum by **September 1, 2005**. Any filings in opposition, as provided for in the undersigned Judge's Individual Practices, shall be due by **September 8, 2005**.

7. <u>Final Pretrial Conference</u>. The Court will convene a final pretrial conference on **October 7, 2005** or as soon thereafter as possible.

_____
James G. Goggin (*pro hac vice*)
Dylan D. Smith (DS 6740)
VERRILL DANA, LLP
One Portland Square
Portland, Maine 04112-0586

Attorneys for Plaintiff Chamilia, LLC

_____
William R. Hansen (WH 9446)
Gianfranco G. Mitrione (GM 8618)
Bernadette McGlynn Reilly (BR 4117)
LATHROP & GAGE L.C.
230 Park Avenue, Suite 1847
New York, New York 10169

Attorneys for Defendant Pandora Jewelry, LLC

So ordered:

_____
Honorable Kenneth M. Karas

Date: 12/20/04