Exhibit 1

Pandora　velry

Page　f 2

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

*Jewelry*

## Catalog

Choose a
category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Beads sterling silver



79112　79113　79114　79115　79116　79117

79119　79121　79123　79124　79126　79128

79129　79133　79135　79136　79137　79157

79158　79159　79161　79162　79165　79171

79174　79175　79189　79186　79187　79183

Pandora Jewelry



79205

79211    Peace 79191

79212    Harmony 79192

79202    Love 79193

79214    Happiness 79194

79213    Friendship 79195

Eternity 79190

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

9/24/2003

9/24/2003

Pandora Jewelry

## Catalog

*Jewelry*

Choose a
category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Spacers sterling silver



79100    79101    79102    79103    79104    79154

79155    79156    79176    79177    79181    79197

79204    79206

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Pandora Jewelry

Page 1 of 1

*Jewelry*

## Catalog

Choose a
category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Beads sterling silver w/ gem



| 79120 Cz | 79120 pCz | 79127 Gr | 79127 Pe | 79134 Cz | 79134 pCz |
| 79160 Cz | 79160 aCz | 79160 pCz | 79132 P | 79170 Cz | 79170 aCz |
| 79172 Cz | 79172 pCz | 79182 Cz | 79182 Icz | 79185 Cz | 79196 Cz |
| | | | 79208 ICz | 79217 Ms | 79196 aCz |

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Pandora velry

Page of 1

9/24/2003

*Jewelry*

## Catalog

Choose a
category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Beads sterling silver w/ 14k gold



| | | | | |
|---|---|---|---|---|
| 79188 Cz | 79167 | 79184 | 79122 | |
| | 79168 | 79169 | 79139 | 79125 |
| | 79207 Cz | 79207 pCz | 79118 | 79173 |
| 79200 | 79178 | 79153 | | |
| 79209 D with Diamonds | | 79179 | 79164 D with Diamonds | |

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Pandora Jewelry

Page 1 of 1

9/24/2003

*Jewelry*

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

## Catalog

Choose a
category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Zodiac sterling silver

| | | | | |
|---|---|---|---|---|
| Capricorn 79141 | Aquarius 79142 | Pisces 79143 | Aries 79144 | Taurus 79145 | Gemini 79146 |
| Cancer 79147 | Leo 79148 | Virgo 79149 | Libra 79150 | Scorpio 79151 | Sagittarius 79152 |

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Pandora    velry

Page    f 1

9/24/2003

*Jewelry*

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

## Catalog

Choose a
category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

**Birth stone**

January
79166 Gr

February
79166 Am

March
79166 Aq

April
79166 Bk

May
79166 Ch

June
79166 P

July
79166 K

August
79166 Pe

September
79166 Ko

October
79166 Tu

November
79166 R

December
79166 L

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Pandora   velry

*Jewelry*

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

## Catalog

Choose a
category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Clips sterling silver and 14k gold



79138

79216 w. 14k

79163

79210

79140 w. 14k

79118 14k gold

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

9/24/2003

Pandora velry



Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

## Catalog

Choose a
category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Beads 14k gold

75117

75198

75119

75120

75121

75215 aCz

75130

75131

75199

75201

75215 Cz

75122

75203

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Pandora Jewelry

Page 1 of 2

9/24/2003

*Jewelry*

## Catalog

Choose a
category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

Bracelet in sterling silver and oxidized silver available in the following lengths 6.7 / 7.1 / 7.5 / 7.9/ 8.3 and 8.7 inch

Necklace in sterling silver and oxidized silver available in the following lengths 15.8 / 16.6 and 17.8 inch



59700 Bracelet (6.7 - 8.7 inch)
59700 Necklace (15.8 - 16.6 inch)
59700 Necklace (17.8 inch)

59700 hv Bracelet (6.7 - 8.7 inch)
59700 hv Necklace (15.8 - 16.6 inch)
59700 hv Necklace (17.8 inch)

59702 Bracelet (6.7 - 8.7 inch)
59702 Necklace (15.8 - 16.6 inch)
59702 Necklace (17.8 inch)

59702 hv Bracelet (6.7 - 8.7 inch)
59702 hv Necklace (15.8 - 16.6 inch)
59702 hv Necklace (17.8 inch)

59702 g Bracelet w/14k snap (6.7 - 8.7 inch)
59702 g Necklace w/14k snap (15.8 - 16.6 inch)
59702 g Necklace w/14k snap (17.8 inch)

59702 hg Bracelet w/14k snap (6.7 - 8.7 inch)
59702 hg Necklace w/14k snap (15.8 - 16.6 inch)
59702 hg Necklace w/14k snap (17.8 inch)

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

9/24/2003

Pandora  velry

**Exhibit 2**

# PANDORA



## Standardvedhæng - sterlingsølv

       

| 79112 | 79113 | 79114 | 79115 | 79116 | 79117 | 79119 | 79121 |
|---|---|---|---|---|---|---|---|
| 100,- | 100,- | 100,- | 100,- | 100,- | 100,- | 100,- | 100,- |

       

| 79123 | 79124 | 79126 | 79128 | 79129 | 79135 | 79136 | 79137 |
|---|---|---|---|---|---|---|---|
| 100,- | 100,- | 100,- | 100,- | 100,- | 100,- | 100,- | 100,- |

       

| 79157 | 79158 | 79159 | 79161 | 79162 | 79165 | 79171 | 79174 |
|---|---|---|---|---|---|---|---|
| 100,- | 100,- | 100,- | 100,- | 100,- | 100,- | 100,- | 100,- |

       

| 79175 | 79186 | 79187 | 79189 | 79202 | 79205 | 79211 | 79212 |
|---|---|---|---|---|---|---|---|
| 100,- | 100,- | 100,- | 100,- | 100,- | 100,- | 100,- | 100,- |

     

| 79213 | 79214 | 79228 | | 79133 | 79183 | 79230 |
|---|---|---|---|---|---|---|
| 100,- | 100,- | 100,- | | 160,- | 160,- | 160,- |

     

| Evighed | Fred | Harmoni | Kærlighed | Lykke | Venskab |
|---|---|---|---|---|---|
| 79190 | 79191 | 79192 | 79193 | 79194 | 79195 |
| 100,- | 100,- | 100,- | 100,- | 100,- | 100,- |

## Mellemled - sterlingsølv

      

| 79100 | 79101 | 79102 | 79103 | 79104 | 79154 | 79155 | 79156 |
|---|---|---|---|---|---|---|---|
| 35,- | 35,- | 35,- | 35,- | 35,- | 50,- | 50,- | 50,- |

      

# PANDORA



**Vejl. priser i DKK**                                                                 Side 3/4

## Sølv med 14 karat

        

| 79122 | 79125 | 79153 | 79164 D | 79167 | 79168 | 79178 | 79179 |
|---|---|---|---|---|---|---|---|
| 225,- | 160,- | 275,- | 785,- 0,03ct. | 275,- | 225,- | 450,- | 685,- |

        

| 79184 | 79188 CZ | 79200 | 79207 CZ | 79207 PCZ | 79209 D 0,03 ct | 79227 | 79229 |
|---|---|---|---|---|---|---|---|
| 275,- | 275,- | 300,- | 500,- | 500,- | 785,- | 225,- | 275,- |

     

| 79118 | 79139 | 79169 | 79173 | 79225 | 79234 |
|---|---|---|---|---|---|
| 465,- | 400,- | 400,- | 400,- | 400,- | 500,- |

## 14 karat guld

       

| 75117 | 75119 | 75120 | 75121 | 75201 | 75215 CZ | 75215 ACZ | 75223 |
|---|---|---|---|---|---|---|---|
| 985,- | 985,- | 775,- | 985,- | 825,- | 985,- | 985,- | 985,- |

 

| 75198  14 kt. | 75219 P |
|---|---|
| 800,- | 985,- |

     

| 75122 | 75130 | 75131 | 75199 | 75203 | 75218 | 75222 |
|---|---|---|---|---|---|---|
| 585,- | 465,- | 465,- | 365,- | 625,- | 500,- | 400,- |

## Klemmeled

    

| | | | 79118 — 14 kt | 79216 m. 14 kt | 75118  14 kt. |
|---|---|---|---|---|---|

# PANDORA



design

## Stjernetegn i sterlingsølv - 100,-

| | | | |
|---|---|---|---|
|  |  |  |  |
| Stenbuk 22/12-20/1 79141 | Vandmand 21/1-18/2 79142 | Fisk 19/2-20/3 79143 | Vædder 21/3-20/4 79144 |
|  |  |  |  |
| Tyr 21/4-21/5 79145 | Tvilling 22/5-21/6 79146 | Krebs 22/6-22/7 79147 | Løve 23/7-23/8 79148 |
|  |  |  |  |
| Jomfru 24/8-23/9 79149 | Vægt 24/9-23/10 79150 | Skorpion 24/10-22/11 79151 | Skytte 23/11-21/12 79152 |

## Vedhæng med månedssten - 160,-



| | | | |
|---|---|---|---|
|  |  |  |  |
| Januar Granat 79166 GR | Februar Ametyst 79166 AM | Marts Aquamarin 79166 AQ | April Bjergkrystal 79166 BK |
|  |  |  |  |
| Maj Chrysopras 79166 CH | Juni Perle 79166 P | Juli Karneol 79166 K | August Peridot 79166 PE |
|  | |  |  |
| September Koral 79166 KO | Oktober Turmalin 79166 TU | November Rav 79166 R | December Lapis 79166 L |

## Vedhæng i sterlingsølv med sten

| | | | | | | | |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
| 79120 CZ 195,- | 79120 PCZ 195,- | 79127 GR 225,- | 79127 PE 225,- | 79134 CZ 195,- | 79134 PCZ 195,- | 79160 CZ 225,- | 79160 ACZ 225,- |
|  |  |  |  |  |  |  |  |
| 79160 PCZ 225,- | 79170 CZ 225,- | 79170 ACZ 225,- | 79172 CZ 225,- | 79172 PCZ 225,- | 79182 CZ 225,- | 79185 CZ 195,- | 79217 MS 195,- |
|  |  |  |  | | | | |
| 79221 CZ 195,- | 79226 CZ 225,- | 79226 BCZ 225,- | 79226 CCZ 225,- | | | | |

| | | | | | |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

# NEWS FROM PANDORA

## AUTUMN 2003

Dear Pandora Dealer

Below are our new beads which will be available the first week of November.

Please submit your orders today to insure that your order will be available for the holidays.

First come first serve policy



| | | | |
|---|---|---|---|
| Total: 75218 Gold BB $59.00 | Total: 75222 Gold Link $50.00 | Total: 75223 Gold Link Border $50.00 | Total: 75219P Gold Pearl $124.00 |
| Total: 79234 Pacifier $67.00 | Total: 79225 Anchor $53.00 | Total: 79227 Queen Bee $29.50 | Total: 79229 Drum $36.00 |
| Total: 79230 Tulip $23.50 | Total: 79228 Oxy Swirl $15.00 | Total: 79221CZ Oxy Crown $26.00 | Total: 79232 Owl Eyes $8.50 |
| Total: 79235CZ CZ Compass $36.00 | Total: 79226CZ Lights CZ $36.00 | Total: 79226CCZ Lights CCZ $36.00 | Total: 79226BCZ Lights BCZ $36.00 |
| Total: 79235BTP BTP Compass $36.00 | | | |

*color print filed*

Date: _____

Store: _____

Telephone.: _____

Costumer number: _____

Pandora Jewelry LLC · 10015 Old Columbia Road, Suite E245 · Columbia · MD 21046 · 410-309-0200 · Fax 410-309-0250

# PANDORA



**Vejl. priser i DKK**

armbånd og collierer i blank og oxyderet

59700 HV armbånd 17, 18, 19, 20, 21 & 23 cm 150,-

59700 HV collier i 40, 42 & 45 cm 305,-   50 cm 340,-

59702 HV armbånd i 17, 18, 19, 20, 21 & 23 cm 280,-

59702 HV collier i 40, 42 & 45 cm 425,-   50 cm 460,-

59702 HG armbånd m. 14 kt. lås i 17, 18, 19, 20, 21 & 23 cm 1.175,-

59702 HG collier m. 14 kt. lås i 40, 42 & 45 cm 1.350,-   50 cm 1.375,-

59700 OX armbånd i 17, 18, 19, 20, 21 & 23 cm 150,-

59700 OX collier i 40, 42 & 45 cm 305,-   50 cm 340,-

59702 OX armbånd i 17, 18, 19, 20, 21 & 23 cm 280,-

59702 OX collier i 40, 42 & 45 cm 425,-   50 cm 460,-

59702 OG armbånd m. 14 kt. lås i 17, 18, 19, 20, 21 & 23 cm 1.175,-



Exhibit 3

Pandor velry

9/24/2003

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

The Pandora Jewelry collection is inspired by Pandora´s box with a vast number of combination oppotunities

Famous Scandinavian design

Design according to your own style and taste

Exclusive and trendy styling

Pure sterling silver and 14K gold

*Jewelry*

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login



**About Pandora**

**PANDORA - NEW OPPORTUNITIES**

Pandora is more than the name of a legendary figure with a renowned box. It is also the name of a new bracelet which now is available at the jeweller.

**PANDORA ENTERS THE US MARKET**

Pandora Jewelry enters the US market with its series of high quality sterling silver and 14k gold jewelry. Pandora Jewelry has had great success in the Northern European markets with its exclusive and elegant designs combined with a unique product range. Pandora Jewelry is the biggest jewelry success ever in this market and we expect to experience the same on the US market.

**AN ENTIRE NEW SYSTEM**

The Pandora bracelet is unique and versatile, due to the wide selection of beads, as well as its threaded design. Each bracelet is divided by small threads into three sections. Each bead is equipped with interior threads, which allows you to screw individual beads into the desired section in the selected order. The beads can then move freely and rotate slightly with your wrist's movement. The effect is stunning! The Pandora bracelet looks great worn with every style-from jeans to formal attire. Each bracelet is as unique as the woman who wears it!

The basic bracelet with threads costs $17, small attachments $5, and the beads from $13.

According to the Greek mythology Pandora was a woman who was created by Hefaistos and sent to Earth because Prometheus had stolen fire and given it to mankind. With her she had been given a box and when she opened it, all the evils of the world flew out. Left were only hope and opportunities. Hence the expression 'Pandora's Box' and the name of the bracelet with the many opportunities from Pandora Jewelry, which right now is available at the jeweller.

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login



News

**11/04/2002 - Launch of new beads**
Pandora Jewelry launches a new series of beads - **click here to see them!**

**10/18/2002 - Pandora enters the US market**
Pandora Jewelry enters the US market with its series of high quality silver and gold jewels. Pandora Jewelry has had great success in the Northern European markets with its exclusive and elegant designs combined with a unique product range. Pandora Jewelry is the biggest jewelry success ever in this market and we expect to experience the same on the US market.

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Page   f 1





Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

*Jewelry*

**Press**

**Press releases**

**11/07/02 - Pandora - New opportunities**
Pandora is more than the name of a legendary figure with a renowned box. It is also the name of a new bracelet which now is available... - click here for the complete press release!

**Logo**
click here to download Pandora Jewelry logos!

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Pandor:    velry

9/24/2003

http://www.pandora-jewelry.com/page.asp?documentid=55

9/24/2003

Pandor: velry



Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

**Customer Service**

Contact Pandora Jewelry customer service for further information on e-mail **info@pandora-jewelry.com**

**Website policies**
Here you'll find Pandora Jewelry website policies;

**Legal notice – click here to read!**

**Privacy Statement – click here to read!**



© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Pandora velry

Page f2

9/24/2003

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

**Contact**



Pandora Jewelry LLC.
10015 Old Columbia Road,
Suite B-215
Columbia, MD 21046

Tel: 410 290 6264
Fax: 410 290 6228

E-mail:
info@pandora-jewelry.com

Website:
http://www.pandora-jewelry.com

Your e-mail :

Subject :

Submit    Reset

Direct contact to administration:

Alan Strott,
Sales manager
Tel: 301 807 5683
as@pandora-jewelry.com

Michael Lund,
President
Tel: 443 812 0183
ml@pandora-jewelry.com

Susan Wondoloski,
Office Manager
sw@pandora-jewelry.com

**Sales Rep. for California, Arizona, Nevada and Oregon area:**

Steven Glueck    Tel: 213 627 1745
sg@pandora-jewelry.com

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Pandor   velry

Page   f 2

9/9/2003

Pandora Jewelr

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

# Catalog

Choose a category here:

- **Beads sterling silver**
- **Spacers sterling silver**
- **Beads sterling silver w/ gem**
- **Beads sterling silver w/ 14k gold**
- **Zodiac sterling silver**
- **Birth stone**
- **Clips sterling silver and 14k gold**
- **Beads 14k gold**
- **Bracelet and necklace in silver and oxidized silver**

With Pandora Jewelry you create your own bracelet or necklace to express your own personal style and taste. The Pandora Jewelry series is made of **sterling silver** and **14k gold** and is available at your local Jeweler.

**<-- Browse the Pandora Jewelry catalog by choosing a category in the left menu**



*The perfect gift for...*
*Weddings, Birthdays, Valentines Day, Christmas, special occasions or just to spoil yourself*

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Case 7:04-cv-06017-KMK     Document 15-5     Filed 01/14/2005     Page 28 of 56

9/9/2003

Pandora Jewelr

## Catalog

Choose a
category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Beads sterling silver



http://www.pandora-jewelry.com/page.asp?documentid=76

Pandora Jewelr


79205
Eternity 79190


79211
Peace 79191


79212
Harmony 79192


79202
Love 79193


79214
Happiness 79194


79213
Friendship 79195













© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

9/9/2003

Pandora Jewelr

## Catalog

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

*Jewelry*

Choose a
category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

**Spacers sterling silver**



79100 | 79101 | 79102 | 79103 | 79104 | 79154

79155 | 79156 | 79176 | 79177 | 79181 | 79197

79204 | 79206

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

9/9/2003

Pandora Jewelr



## Jewelry

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

## Catalog

Choose a category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Beads sterling silver w/ gem

| | | | | |
|---|---|---|---|---|
| 79172 Cz | 79172 pCz | 79160 Cz | 79160 aCz | 79160 pCz |
| | | 79182 Cz | 79127 Gr | 79127 Pe |
| | 79208 lCz | 79182 lcz | 79132 P | 79185 Cz |
| 79217 Ms | 79170 Cz | 79170 aCz | | |
| 79134 Cz | 79134 pCz | 79196 Cz | 79196 aCz | |

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Pandora Jewelr

*Jewelry*

# Catalog

Choose a
category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

## Beads sterling silver w/ 14k gold



| | | | | | |
|---|---|---|---|---|---|
| 79188 Cz | 79122 | 79125 | 79139 | 79118 | 79153 | 79164 D with Diamonds |
| 79167 | 79168 | 79169 | 79173 | 79178 | 79179 |
| | 79184 | | 79200 | | 79209 D with Diamonds |
| | 79207 Cz | 79207 pCz | | | |

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Page 1 of 1

Pandora Jewelr

9/9/2003

*Jewelry*

# Catalog

Choose a
category here:

- Beads sterling silver
- Spacers sterling
  silver
- Beads sterling silver
  w/ gem
- Beads sterling silver
  w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver
  and 14k gold
- Beads 14k gold
- Bracelet and
  necklace in silver
  and oxidized silver

## Zodiac sterling silver

 Capricorn 79141

 Aquarius 79142

 Pisces 79143

 Aries 79144

 Taurus 79145

 Gemini 79146

 Cancer 79147

 Leo 79148

 Virgo 79149

 Libra 79150

 Scorpio 79151

Sagittarius 79152

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

*Jewelry*

## Catalog

Choose a
category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Birth stone



January
79166 K

February
79166 Am

March
79166 Aq

April
79166 Bk

May
79166 Ch

June
79166 P

July
79166 K

August
79166 Pe

September
79166 Ko

October
79166 Tu

November
79166 R

December
79166 L

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Pandora Jewelr



Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

## Catalog

Choose a
category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Clips sterling silver and 14k gold



79138



79163



79140 w. 14k



79118 14k gold



79216 w. 14k



79210

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Pandora Jewel⁻

9/9/2003

## Catalog

Choose a
category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver



**Beads 14k gold**

75117

75198

75119

75120

75121

75215 Cz

75130

75131

75199

75201

75203

75215 sCz

75122

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

Pandora Jewelr

9/9/2003

*Jewelry*

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

## Catalog

Choose a
category here:

■ Beads sterling silver

■ Spacers sterling
silver

■ Beads sterling silver
w/ gem

■ Beads sterling silver
w/ 14k gold

■ Zodiac sterling silver

■ Birth stone

■ Clips sterling silver
and 14k gold

■ Beads 14k gold

■ Bracelet and
necklace in silver
and oxidized silver

**Bracelet in sterling silver and oxidized silver available in the following
lengths 6.7 / 7.1 / 7.5 / 7.9 / 8.3 and 8.7 inch**

**Necklace in sterling silver and oxidized silver available in the following
lengths 15.8 / 16.6 and 17.8 inch**



59700 Bracelet (6.7 - 8.7 inch)
59700 Necklace (15.8 - 16.6 inch)
59700 Necklace (17.8 inch)



59700 hv Bracelet (6.7 - 8.7 inch)
59700 hv Necklace (15.8 - 16.6 inch)
59700 hv Necklace (17.8 inch)



59702 Bracelet (6.7 - 8.7 inch)
59702 Necklace (15.8 - 16.6 inch)
59702 Necklace (17.8 inch)



59702 hv Bracelet (6.7 - 8.7 inch)
59702 hv Necklace (15.8 - 16.6 inch)
59702 hv Necklace (17.8 inch)



59702 g Bracelet w/14k snap (6.7 - 8.7 inch)
59702 g Necklace w/14k snap (15.8 - 16.6
inch)
59702 g Necklace w/14k snap (17.8 inch)



59702 hg Bracelet w/14k snap (6.7 - 8.7 inch)
59702 hg Necklace w/14k snap (15.8 - 16.6 inch)
59702 hg Necklace w/14k snap (17.8 inch)

© 2002 Pandora Jewelry. All rights reserved ● Contact us with questions and comments info@pandora-jewelry.com

Exhibit 4

Chamil'

Home > Beads > **G Series**-Sterling Silver

**G Series-Sterling Silver**









Next 18

9/24/2003

Chamili

Home > Beads > **G Series**-Sterling Silver

## G Series-Sterling Silver



G-19

G-20

G-21

G-22

G-23

G-24

G-25

G-26

G-27

Coming Soon

Previous 18

Chamili

Pag  of 1

Home > Beads

**Beads**

| **G Series**-Sterling Silver | **H Series**-Zodiac Symbol in Sterling Silver | **I Series**-Birth Stone in Sterling Silver | **J Series**-Sterling Silver with Gem | **K Series**-Sterling Silver with 14k Gold | **L Series**-14k Gold



G-1  G-2  G-3  G-4  G-5  G-6

G-7  G-8  G-9  G-10  G-11  G-12

G-13  G-14  G-15  G-16  G-17  G-18

Next 18

Chamili

Pag of 1

Home > Beads

## Beads

| G Series-Sterling Silver | H Series-Sterling Silver | I Series-Zodiac Symbol in Sterling Silver | I Series-Birth Stone in Sterling Silver | J Series-Sterling Silver with Gem | K Series-Sterling Silver with 14k Gold | L Series-14k Gold



G-19    G-20    G-21    G-22    G-23    G-24

G-25    G-26    G-27    H-1    H-2    H-3

H-4    H-5    H-6    H-7    H-8    H-9

Coming Soon

Previous 18 Next 18

Chamili

Pag: of 1

Home > Beads

## Beads

| G Series-Sterling Silver | H Series-Zodiac Symbol in Sterling Silver | I Series-Birth Stone in Sterling Silver | J Series-Sterling Silver with Gem | K Series-Sterling Silver with 14k Gold | L Series-14k Gold

H-10

H-11

H-12

I-1

I-2

I-3

I-4

I-5

I-6

I-7

I-8

I-9

I-10

I-11

I-12

J-1

J-2

J-3

Previous 18 Next 18



Chamil:

Home > Beads

## Beads

| G Series-Sterling Silver | H Series-Zodiac Symbol in Sterling Silver | I Series-Sterling Silver | I Series-Birth Stone in Sterling Silver | J Series-Sterling Silver | J Series-Sterling Silver with Gem | K Series-Sterling Silver with 14k Gold | L Series-14k Gold



Previous 18 Next 18

Chamil'

Pag    of 1

Home > Beads

**Beads**

| **G Series**-Sterling Silver | **H Series**-Zodiac Symbol in Sterling Silver | **I Series**-Birth Stone in Sterling Silver | **J Series**-Sterling Silver with Gem | **K Series**-Sterling Silver with 14k Gold | **L Series**-14k Gold



K-9

K-10

K-11

L-1

L-2

L-3

L-4

L-5

L-6

L-7

L-8

Previous 18

Exhibit 5

9/24/2003

# CHAMILIA

HOME | ABOUT US | CATALOG | QUALITY | NEWS | CONTACT | OPPORTUNITIES

FOR MORE INFORMATION CALL US
TEL: 800 495 0977 FAX: 800 495 0974

*For one who desires the finer things in life.*



# CHAMILIA

HOME | ABOUT US | CATALOG | QUALITY | NEWS | CONTACT | OPPORTUNITIES

**FOR MORE INFORMATION CALL US**
**TEL: 800 495 0977 FAX: 800 495 0974**

## About Us

Chamilia offers top quality products at attractive prices designed to meet the ever-changing, personal tastes of discriminating customers. For over three decades, the craftsmen at Chamilia have been producing fine jewelry, using the highest quality sterling silver and 14K gold available.

Express your own unique character and style by customizing your bracelet, necklace, or anklet. The versatility of this product makes it perfect for every occasion



# CHAMILIA

HOME | ABOUT US | CATALOG | QUALITY | NEWS | CONTACT | OPPORTUNITIES

FOR MORE INFORMATION CALL US
TEL: 800 495 0977 FAX: 800 495 0974

## Quality

At Chamilia, we deliver the highest quality jewelry collection on the market. Each product is individually tested using the strictest quality control guidelines.

We use only the highest quality sterling silver and 14K gold available. And, most important, all of our products are handmade by seasoned jewelry craftsmen.



CHAMILIA

HOME   ABOUT US   CATALOG   QUALITY   NEWS   CONTACT   OPPORTUNITIES

FOR MORE INFORMATION CALL US
TEL: 800 495 0977 FAX: 800 495 0974

*News*

Coming Soon.

Chami__

9/24/2003



# CHAMILIA

HOME | ABOUT US | CATALOG | QUALITY | NEWS | CONTACT | OPPORTUNITIES

FOR MORE INFORMATION CALL US
TEL: 800 495 0977 FAX: 800 495 0974

## Contact Us

You can contact us by filling out the form below or emailing us at info@chamilia.com

First Name: *
Occupation:
Address:
City:
State:

Last Name: *
Phone: *
Sex: ○ Male ● Female
Zip Code:
Email: *

Comment:

**Chamilia LLC**
64-09 Booth Street
Second Floor
Rego Park, NY 11374
Tel 800 495 0977
Fax 800 495 0974

* required

9/24/2003

Chami

http://www.chamilia.com/Retailers.htm



# CHAMILIA

HOME | ABOUT US | CATALOG | QUALITY | NEWS | CONTACT | OPPORTUNITIES

FOR MORE INFORMATION CALL US
TEL: 800.495.0977 FAX: 800.495.0974

## *Retailer Information*

For more information on becoming a Chamilia Retailer,
contact us.

Chamilia™

# Catalog

Customize your bracelet, necklace, or anklet using Chamilia's threaded chain. Choose from a variety sterling silver and gold beads, spacers, birth stones and zodiac symbols. Add and change beads to capture the essence of the moment. Each piece easily screws into your desired section, resulting in a piece of jewelry that is unique to your personal taste. The result is stunning and will not go unnoticed by others.

If you are looking for something in particular, please use our search utility below.

## Chains

## Beads

## Spacers

## Clips

## Letters

ChamiliaTM

Home > Chains

## Chains

Bracelet / Anklets **|** A-Series **|** B-Series **|** C-Series
Necklaces **|** R-Series



A-Series Sterling Silver Clasp Bracelet/Anklet



C-Series 14k Gold Snap Bracelet/Anklet



B-Series Sterling Silver Snap Bracelet/Anklet



R-Series Sterling Silver Clasp Necklace

9/9/2003

Chamilia™

Home > Beads

**Beads**

| **G Series**-Sterling Silver | **H Series**-Zodiac Symbol in Sterling Silver | **I Series**-Birth Stone in Sterling Silver | **J Series**-Sterling Silver | **K Series**-Sterling Silver with Gem | **K Series**-Sterling Silver with 14k Gold | **L Series**-14k Gold



G-1  G-2  G-3  G-4  G-5  G-6
G-7  G-8  G-9  G-10  G-11  G-12
G-13  G-14  G-15  G-16  G-17  G-18

Next 18

Chamilia™

Home > Beads

**Beads**

| **G Series**-Sterling Silver | **H Series**-Zodiac Symbol in Sterling Silver | **I Series**-Birth Stone in Sterling Silver | **J Series**-Sterling Silver with Gem | **K Series**-Sterling Silver with 14k Gold | **L Series**-14k Gold

G-19

G-25

H-4

G-20

G-26

H-5

G-21

G-27

H-6

G-22

H-1

H-7

Coming Soon

G-23

H-2

H-8

G-24

H-3

H-9

Previous 18 Next 18

9/9/2003