

# Verrill Dana LLP
Attorneys at Law

JAMES G. GOGGIN
PARTNER
jgoggin@verrilldana.com
Direct Dial: 207-253-4602
Direct Fax: 207-253-4603

ONE PORTLAND SQUARE
PORTLAND, MAINE 04112-0586
207-774-4000 • FAX 207-774-7499

January 14, 2005

William R. Hansen, Esq.
Lathrop & Gage
230 Park Avenue, Suite 1847
New York, NY 10169

> Re:  Chamilia, LLC v. Pandora Jewelry, LLC
>      Docket No. 04-CV-06017

Dear Bill:

    I would like to begin scheduling depositions of the witnesses identified in Pandora's initial disclosure, all of whom appear to be either Pandora employees or subject to Pandora's control. Please let me know whether Michael Lund Peterson, Knud Hostrup, Steve Glueck and Jody Henderson are available for deposition during the weeks of February 14 and/or February 28 and, if so, specific dates on which they are available. Also, please let me know if Pandora anticipates that it will be unable to procure the attendance of any of these witnesses. I will of course be happy to provide formal deposition notices or subpoenas to the extent necessary, but thought it might make sense first to see if we could agree on mutually convenient dates for depositions. As to the location of Pandora witnesses' depositions, it would seem that either New York or Columbia, Maryland might be a convenient location, but I would be happy to discuss that issue with you as well.

    I look forward to your response.

                     Sincerely,

                     James G. Goggin

JGG/sms