UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAMILIA, LLC,   ) | |
| ) | Civil Action No.: 04-CV-06017 (KMK) |
| Plaintiff,   ) | |
| ) | |
| v.   ) | |
| ) | |
| PANDORA JEWELRY, LLC,   ) | |
| ) | |
| Defendant.   ) | |

## CERTIFICATE OF SERVICE

I, James G. Goggin, hereby certify that I have this day caused a copy of the foregoing Plaintiff's Memorandum in Support of Its Request for Relief under Rule 56(f) and in Opposition to Defendant's Motion for Summary Judgment, and Declaration of James G. Goggin Pursuant to Rule 56(f), to be sent by electronic mail to counsel of record as follows:

William R. Hansen, Esq.
Lathrop & Gage
230 Park Avenue, Suite 1847
New York, NY  10169

Dated at Portland, Maine this 21st day of January, 2005.

    /s/ James G. Goggin
    James G. Goggin
    Attorney for Plaintiff

VERRILL DANA, LLP
One Portland Square
P.O. Box 586
Portland, ME  04112
(207) 774-4000