UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**Chamilia, L.L.C.,** *in New York, NY,*
                       Plaintiff.

-v-

**Pandora Jewelry, L.L.C.,** *of Columbia, Maryland,*
                       Defendant.

Case No.
04-cv-6017 (KMK)

ORDER
ECF

<u>KENNETH M. KARAS, District Judge:</u>

        The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

        ORDERED, that a telephone status conference in this matter is set for 3:00pm on June 1, 2005. Once all parties are on the conference line, they can call chambers at 212-805-0274.

Dated: May 20, 2005
        New York, New York

                                         KENNETH M. KARAS
                                         UNITED STATES DISTRICT JUDGE