

# LATHROP & GAGE L.C.
LAW OFFICES

WILLIAM R. HANSEN
(212)850-6225
EMAIL: WHANSEN@LATHROPGAGE.COM
WWW.LATHROPGAGE.COM

JUN 24 2005

230 PARK AVENUE
SUITE 1847
NEW YORK, NY 10169
(212) 850-6220, FAX (212) 850-6221

June 23, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/05

**BY FACSIMILE AND FIRST CLASS MAIL**

Honorable Kenneth M. Karas
United States District Judge
United States Court House, Room 920
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Chamilia, LLC v. Pandora Jewelry, LLC
     Civil Action No.: 04-CV-06017 (KMK) - ECF Case

Dear Judge Karas:

We are the attorneys for the defendant in the above referenced case. Pursuant to the Court's instructions made during the telephone Status Conference held on June 1, 2005, we are writing to submit the amendment of paragraphs 5, 6 and 7 of the Stipulated Pre-Trial Scheduling Order dated December 20, 2004 as so further stipulated by counsel at the Conference:

5.  Dispositive Motions – all dispositive motions and motions challenging expert witnesses, as well as supporting memoranda shall now be filed by July 15, 2005. Objections, including supporting memoranda, shall be filed by August 15, 2005. Any reply memoranda shall be filed by September 2, 2005. Defendant's motion for Summary Judgment filed January 14, 2005 (Doc. #15) is hereby withdrawn without prejudice, with leave to refile on or before July 15, 2005.

6.  Joint Pretrial Order; Other Pretrial Submissions – the parties shall submit a Joint Pretrial Order, in accordance with the undersigned Judge's Individual Practice and Fed. R. Civ. P. 26(a)(3) and each party shall submit its proposed voir dire questions, verdict form and

**Change Your Expectations.**

KANSAS CITY • OVERLAND PARK • ST. LOUIS • JEFFERSON CITY • SPRINGFIELD • BOULDER • WASHINGTON D.C.* • NEW YORK
*LATHROP & GAGE DC PLLC-AFFILIATE

Honorable Kenneth M. Karas
June 23, 2005
Page 2

requests to change, as well as any motions in limine and (if the party believes it would be useful) a pretrial memorandum by October 3, 2005. Any filings in opposition, as provided for in the undersigned Judge's Individual Practice, shall be due by October 10, 2005.

7.  Final Pretrial Conference – the Court shall convene a final pretrial conference on November 7, 2005, or as soon thereafter as possible.

\*    \*    \*

A copy of this letter is being sent by facsimile to James Goggin, counsel for plaintiff.

Respectfully submitted,

LATHROP & GAGE L.C.

By: _____
William R. Hansen

SO ORDERED:

_____    Dated: 6/27/05
U.S.D.J.

cc:    James G. Goggin, Esq.,
       Verrill Dana LLP    (By facsimile)

NYDOCS 9057v1