LATHROP & GAGE L.C.
William R. Hansen (WH-9446)
Gianfranco G. Mitrione (GM-8168)
Bridget A. Short (BS-4191)
230 Park Avenue, Suite 1847
New York, New York 10169
(212) 850-6220 (tel)
(212) 850-6221 (fax)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
CHAMILIA, LLC,                              :     Civil Action No.:
                                            :     04 CV 06017 (KMK)
                    Plaintiff,              :
                                            :
        -against-                           :     ECF CASE
                                            :
PANDORA JEWELRY, LLC,                       :
                                            :
                    Defendant.              :
----------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to the amended Scheduling Order of this Court, dated June 27, 2005 ("Order"), and upon the accompanying declarations of Gianfranco G. Mitrione (executed on January 14, 2005 and Supplemental Declaration executed on July 15, 2005), Michael Lund Petersen (executed on January 12, 2005 and Supplemental Declaration executed on July 15, 2005), Jody Henderson (executed on January 12, 2005), Steve Glueck (executed on January 12, 2005 and Supplemental Declaration executed on July 15, 2005), Knud Hostrup (executed on January 13, 2005), Calleen S. Wickard (executed on July 15, 2005) and Richard R. Harrington (executed on July 15, 2005) and the exhibits annexed thereto, the attached Statement of Material Facts submitted pursuant to Rule 56.1 of the local rules, and the

memorandum of law submitted therewith, the undersigned will move this Court, before the Honorable Kenneth M. Karas, United States District Court Judge, at the United States Courthouse, 500 Pearl Street, Courtroom 21D, New York, New York, on September 2, 2005, or as soon thereafter as counsel can be heard, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting defendants summary judgment against all of the claims averred by plaintiff, Chamilia, LLC, in its complaint dated August 2, 2004, and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order any objections, including supporting memoranda by plaintiff, shall be served on the undersigned by no later than August 15, 2005, and any reply memoranda shall be served by no later than September 2, 2005. Oral argument will be on a date and at a time designated by the Court.

PLEASE TAKE FURTHER NOTICE, that the defendant's summary judgment motion filed on January 14, 2005 was withdrawn without prejudice pursuant to the Order.

Dated: New York, New York
July 15, 2005

                Respectfully submitted,

                s/ William R. Hansen
                William R. Hansen (WH-9446)
                Gianfranco G. Mitrione (GM-8168)
                Bridget A. Short (BS-4191)
                LATHROP & GAGE L.C.
                230 Park Avenue, Suite 1847
                New York, New York 10169
                Tel:   (212) 850-6220
                Fax:  (212) 850-6221

                Attorneys for Defendant
                Pandora Jewelry, LLC