Exhibit 1

Jewelry

## Catalog

Choose a category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Beads sterling silver

79112
79113
79114
79115
79116
79117
79119
79121
79123
79124
79126
79128
79129
79133
79135
79136
79137
79157
79158
79159
79161
79162
79165
79171
79174
79175
79189
79186
79187
79183

79205
79211
79212
79202
79214
79213
Eternity 79190
Peace 79191
Harmony 79192
Love 79193
Happiness 79194
Friendship 79195

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

Jewelry

## Catalog

Choose a category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Spacers sterling silver

79100 79101 79102 79103 79104 79154

79155 79156 79176 79177 79181 79197

79204 79206

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

Jewelry

## Catalog

Choose a category here:

- **Beads sterling silver**
- **Spacers sterling silver**
- **Beads sterling silver w/ gem**
- **Beads sterling silver w/ 14k gold**
- **Zodiac sterling silver**
- **Birth stone**
- **Clips sterling silver and 14k gold**
- **Beads 14k gold**
- **Bracelet and necklace in silver and oxidized silver**

### Beads sterling silver w/ gem

79120 Cz
79120 pCz
79127 Gr
79127 Pe
79134 Cz
79134 pCz
79160 Cz
79160 aCz
79160 pCz
79132 P
79170 Cz
79170 aCz
79172 Cz
79172 pCz
79182 Cz
79182 Icz
79185 Cz
79196 Cz
79208 ICz
79217 Ms
79196 aCz

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Pandora velry

Page f 1

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

Jewelry

## Catalog

Choose a category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Beads sterling silver w/ 14k gold

79122
79125
79139
79118
79153
79164 D with Diamonds
79167
79168
79169
79173
79178
79179
YOU
79188 Cz
79184
79207 Cz
79207 pCz
79200
79209 D with Diamonds

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

http://www.pandora-jewelry.com/page.asp?documentid=73

9/24/2003

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

Jewelry

## Catalog

Choose a category here:

- **Beads sterling silver**
- **Spacers sterling silver**
- **Beads sterling silver w/ gem**
- **Beads sterling silver w/ 14k gold**
- **Zodiac sterling silver**
- **Birth stone**
- **Clips sterling silver and 14k gold**
- **Beads 14k gold**
- **Bracelet and necklace in silver and oxidized silver**

### Zodiac sterling silver

| | | | | | |
|---|---|---|---|---|---|
| Capricorn 79141 | Aquarius 79142 | Pisces 79143 | Aries 79144 | Taurus 79145 | Gemini 79146 |
| Cancer 79147 | Leo 79148 | Virgo 79149 | Libra 79150 | Scorpio 79151 | Sagittarius 79152 |

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

Jewelry

## Catalog

Choose a category here:

- **Beads sterling silver**
- **Spacers sterling silver**
- **Beads sterling silver w/ gem**
- **Beads sterling silver w/ 14k gold**
- **Zodiac sterling silver**
- **Birth stone**
- **Clips sterling silver and 14k gold**
- **Beads 14k gold**
- **Bracelet and necklace in silver and oxidized silver**

**Birth stone**

| | | | | | |
|---|---|---|---|---|---|
| January<br>79166 Gr | February<br>79166 Am | March<br>79166 Aq | April<br>79166 Bk | May<br>79166 Ch | June<br>79166 P |
| July<br>79166 K | August<br>79166 Pe | September<br>79166 Ko | October<br>79166 Tu | November<br>79166 R | December<br>79166 L |

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Pandora velry

Page f 1

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

Jewelry

## Catalog

Choose a category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Clips sterling silver and 14k gold

79138

79163

79140 w. 14k

79118 14k gold

79216 w. 14k

79210

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments info@pandora-jewelry.com

http://www.pandora-jewelry.com/page.asp?documentid=70

9/24/2003

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

Jewelry

## Catalog

Choose a category here:

- **Beads sterling silver**
- **Spacers sterling silver**
- **Beads sterling silver w/ gem**
- **Beads sterling silver w/ 14k gold**
- **Zodiac sterling silver**
- **Birth stone**
- **Clips sterling silver and 14k gold**
- **Beads 14k gold**
- **Bracelet and necklace in silver and oxidized silver**

### Beads 14k gold

75117 | 75198 | 75119 | 75120 | 75121 | 75215 Cz

75215 aCz | 75130 | 75131 | 75199 | 75201 | 75203

75122

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

## Catalog

Jewelry

Choose a category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

**Bracelet in sterling silver and oxidized silver available in the following lengths 6.7 / 7.1 / 7.5 / 7.9/ 8.3 and 8.7 inch**

**Necklace in sterling silver and oxidized silver available in the following lengths 15.8 / 16.6 and 17.8 inch**

59700 Bracelet (6.7 - 8.7 inch)
59700 Necklace (15.8 - 16.6 inch)
59700 Necklace (17.8 inch)

59700 hv Bracelet (6.7 - 8.7 inch)
59700 hv Necklace (15.8 - 16.6 inch)
59700 hv Necklace (17.8 inch)

59702 Bracelet (6.7 - 8.7 inch)
59702 Necklace (15.8 - 16.6 inch)
59702 Necklace (17.8 inch)

59702 hv Bracelet (6.7 - 8.7 inch)
59702 hv Necklace (15.8 - 16.6 inch)
59702 hv Necklace (17.8 inch)

59702 g Bracelet w/14k snap (6.7 - 8.7 inch)
59702 g Necklace w/14k snap (15.8 - 16.6 inch)
59702 g Necklace w/14k snap (17.8 inch)

59702 hg Bracelet w/14k snap (6.7 - 8.7 inch)
59702 hg Necklace w/14k snap (15.8 - 16.6 inch)
59702 hg Necklace w/14k snap (17.8 inch)

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Pandora velry
Page of 2

http://www.pandora-jewelry.com/page.asp?documentid=78
9/24/2003

Exhibit 2

# PANDORA

Vejl. priser i DKK

## Standardvedhæng - sterlingsølv

79112
100,-

79113
100,-

79114
100,-

79115
100,-

79116
100,-

79117
100,-

79119
100,-

79121
100,-

79123
100,-

79124
100,-

79126
100,-

79128
100,-

79129
100,-

79135
100,-

79136
100,-

79137
100,-

79157
100,-

79158
100,-

79159
100,-

79161
100,-

79162
100,-

79165
100,-

79171
100,-

79174
100,-

79175
100,-

79186
100,-

79187
100,-

79189
100,-

79202
100,-

79205
100,-

79211
100,-

79212
100,-

79213
100,-

79214
100,-

79228
100,-

79133
160,-

79183
160,-

79230
160,-

Evighed
79190
100,-

Fred
79191
100,-

Harmoni
79192
100,-

Kærlighed
79193
100,-

Lykke
79194
100,-

Venskab
79195
100,-

## Mellemled - sterlingsølv

79100
35,-

79101
35,-

79102
35,-

79103
35,-

79104
35,-

79154
50,-

79155
50,-

79156
50,-












# PANDORA

**Vejl. priser I DKK** — Side 3/4

## Sølv med 14 karat

79122 225,-
79125 160,-
79153 275,-
79164 D 785,- 0,03ct.
79167 275,-
79168 225,-
79178 450,-
79179 685,-

79184 275,-
79188 CZ 275,-
79200 300,-
79207 CZ 500,-
79207 PCZ 500,-
79209 D 0,03 ct 785,-
79227 225,-
79229 275,-

79118 465,-
79139 400,-
79169 400,-
79173 400,-
79225 400,-
79234 500,-

## 14 karat guld

75117 985,-
75119 985,-
75120 775,-
75121 985,-
75201 825,-
75215 CZ 985,-
75215 ACZ 985,-
75223 985,-

75198 14 kt. 800,-
75219 P 985,-

75122 585,-
75130 465,-
75131 465,-
75199 365,-
75203 625,-
75218 500,-
75222 400,-

## Klemmeled

79216 m. 14 kt
75118 14 kt.

# PANDORA

**Vejl. priser i DKK**

## Stjernetegn i sterlingsølv - 100,-

Stenbuk 22/12-20/1 79141

Vandmand 21/1-18/2 79142

Fisk 19/2-20/3 79143

Vædder 21/3-20/4 79144

Tyr 21/4-21/5 79145

Tvilling 22/5-21/6 79146

Krebs 22/6-22/7 79147

Løve 23/7-23/8 79148

Jomfru 24/8-23/9 79149

Vægt 24/9-23/10 79150

Skorpion 24/10-22/11 79151

Skytte 23/11-21/12 79152

## Vedhæng med månedssten - 160,-

Januar Granat 79166 GR

Februar Ametyst 79166 AM

Marts Aquamarin 79166 AQ

April Bjergkrystal 79166 BK

Maj Chrysopras 79166 CH

Juni Perle 79166 P

Juli Kameol 79166 K

August Peridot 79166 PE

September Koral 79166 KO

Oktober Turmalin 79166 TU

November Rav 79166 R

December Lapis 79166 L

## Vedhæng i sterlingsølv med sten

79120 CZ 195,-

79120 PCZ 195,-

79127 GR 225,-

79127 PE 225,-

79134 CZ 195,-

79134 PCZ 195,-

79160 CZ 225,-

79160 ACZ 225,-

79160 PCZ 225,-

79170 CZ 225,-

79170 ACZ 225,-

79172 CZ 225,-

79172 PCZ 225,-

79182 CZ 225,-

79185 CZ 195,-

79217 MS 195,-

79221 CZ 195,-

79226 CZ 225,-

79226 BCZ 225,-

79226 CCZ 225,-







# NEWS FROM PANDORA

## AUTUMN 2003

Dear Pandora Dealer

Below are our new beads which will be available the first week of November.

Please submit your orders today to insure that your order will be available for the holidays.

First come first serve policy

| | | | |
|---|---|---|---|
| Total: 75218 Gold BB $59.00 | Total: 75222 Gold Link $50.00 | Total: 75223 Gold Link Border $50.00 | Total: 75219P Gold Pearl $124.00 |
| Total: 79234 Pacifier $67.00 | Total: 79225 Anchor $53.00 | Total: 79227 Queen Bee $29.50 | Total: 79229 Drum $36.00 |
| Total: 79230 Tulip $23.50 | Total: 79228 Oxy Swirl $15.00 | Total: 79221CZ Oxy Crown $26.00 | Total: 79232 Owl Eyes $8.50 |
| Total: 79235CZ CZ Compass $36.00 | Total: 79226CZ Lights CZ $36.00 | Total: 79226CCZ Lights CCZ $36.00 | Total: 79226BCZ Lights BCZ $36.00 |
| Total: 79235BTP BTP Compass $36.00 | | | |

color print filed

Date:

Store:

Telephone.:

Costumer number:

Pandora Jewelry LLC · 10015 Old Columbia Road, Suite E245 · Columbia · MD 21046 · 410-309-0200 · Fax 410-309-0250

# PANDORA

## ‹rmbånd og collierer i blank og oxyderet

59700 HV armbånd 17, 18, 19, 20, 21 & 23 cm 150,-

59700 HV collier i 40, 42 & 45 cm 305,- 50 cm 340,-

59702 HV armbånd i 17, 18, 19, 20, 21 & 23 cm 280,-

59702 HV collier i 40, 42 & 45 cm 425,- 50 cm 460,-

702 HG armbånd m. 14 kt. lås i 17, 18, 19, 20, 21 & 23 cm 1.175,-

59702 HG collier m. 14 kt. lås i 40, 42 & 45 cm 1.350,- 50 cm 1.375,-

59700 OX armbånd i 17, 18, 19, 20, 21 & 23 cm 150,-

59700 OX collier i 40, 42 & 45 cm 305,- 50 cm 340,-

59702 OX armbånd i 17, 18, 19, 20, 21 & 23 cm 280,-

9702 OX collier i 40, 42 & 45 cm 425,- 50 cm 460,-

59702 OG armbånd m. 14 kt. lås i 17, 18, 19, 20, 21 & 23 cm 1.175,-

Exhibit 3

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

Jewelry

The Pandora Jewelry collection is inspired by Pandora´s box with a vast number of combination oppotunities

Famous Scandinavian design

Design according to your own style and taste

Exclusive and trendy styling

Pure sterling silver and 14K gold

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

## About Pandora

**PANDORA - NEW OPPORTUNITIES**
Pandora is more than the name of a legendary figure with a renowned box. It is also the name of a new bracelet which now is available at the jeweller.

**PANDORA ENTERS THE US MARKET**
Pandora Jewelry enters the US market with its series of high quality sterling silver and 14k gold jewelry. Pandora Jewelry has had great success in the Northern European markets with its exclusive and elegant designs combined with a unique product range. Pandora Jewelry is the biggest jewelry success ever in this market and we expect to experience the same on the US market.

**AN ENTIRE NEW SYSTEM**
The Pandora bracelet is unique and versatile, due to the wide selection of beads, as well as its threaded design. Each bracelet is divided by small threads into three sections. Each bead is equipped with interior threads, which allows you to screw individual beads into the desired section in the selected order. The beads can then move freely and rotate slightly with your wrist's movement. The effect is stunning! The Pandora bracelet looks great worn with every style-from jeans to formal attire. Each bracelet is as unique as the woman who wears it!

The basic bracelet with threads costs $17., small attachments $5., and the beads from $13.

According to the Greek mythology Pandora was a woman who was created by Hefaistos and sent to Earth because Prometheus had stolen fire and given it to mankind. With her she had been given a box and when she opened it, all the evils of the world flew out. Left were only hope and opportunities. Hence the expression 'Pandora's Box' and the name of the bracelet with the many opportunities from Pandora Jewelry, which right now is available at the jeweller.

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

News

Jewelry

**11/04/2002 - Launch of new beads**

Pandora Jewelry launches a new series of beads - **Click here to see them!**

**10/18/2002 - Pandora enters the US market**

Pandora Jewelry enters the US market with its series of high quality silver and gold jewels. Pandora Jewelry has had great success in the Northern European markets with its exclusive and elegant designs combined with a unique product range. Pandora Jewelry is the biggest jewelry success ever in this market and we expect to experience the same on the US market.

---

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Pandor velry

Page of 1

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

Jewelry

Press

## Press releases

**11/07/02 - Pandora - New opportunities**
Pandora is more than the name of a legendary figure with a renowned box. It is also the name of a new bracelet which now is available... - **click here for the complete press release!**

## Logo

**click here to download Pandora Jewelry logos!**

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

http://www.pandora-jewelry.com/page.asp?documentid=55

9/24/2003

**Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login**

Jewelry

Customer Service

Contact Pandora Jewelry customer service for further information on e-mail **info@pandora-jewelry.com**

**Website policies**
Here you'll find Pandora Jewelry website policies;

**Legal notice - click here to read!**

**Privacy Statement - click here to read!**

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Pandora velry

Page f 2

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

**Contact**

Pandora Jewelry LLC.
10015 Old Columbia Road,
Suite B-215
Columbia, MD 21046

Tel: 410 290 6264
Fax: 410 290 6228

E-mail:
**info@pandora-jewelry.com**

Website:
**http://www.pandora-jewelry.com**

**Your e-mail :**

**Subject :**

Submit Reset

Direct contact to administration:

| | | |
|---|---|---|
| Alan Strott, Sales manager | Tel: 301 807 5683 | **as@pandora-jewelry.com** |
| Michael Lund, President | Tel: 443 812 0183 | **ml@pandora-jewelry.com** |
| Susan Wondoloski, Office Manager | | **sw@pandora-jewelry.com** |
| **Sales Rep. for area:** | **California, Arizona, Nevada and Oregon** | |
| Steven Glueck | Tel: 213 627 1745 | **sg@pandora-jewelry.com** |

http://www.pandora-jewelry.com/page.asp?documentid=57

9/24/2003

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Pandora Jewelr

Page 1 of 1

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

## Catalog

*Jewelry*

Choose a category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

With Pandora Jewelry you create your own bracelet or necklace to express your own personal style and taste. The Pandora Jewelry series is made of **sterling silver** and **14k gold** and is available at your local jeweller.

**<<-- Browse the Pandora Jewelry catalog by choosing a category in the left menu**

*The perfect gift for...*
*Weddings, Birthdays, Valentines Day, Christmas, special occasions or just to spoil yourself*

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

http://www.pandora-jewelry.com/page.asp?documentid=54

9/9/2003

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

Jewelry

## Catalog

Choose a category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Beads sterling silver



79205 79211 79212 79202 79214 79213

Eternity 79190 Peace 79191 Harmony 79192 Love 79193 Happiness 79194 Friendship 79195

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Jewelry

## Catalog

Choose a category here:

- **Beads sterling silver**
- **Spacers sterling silver**
- **Beads sterling silver w/ gem**
- **Beads sterling silver w/ 14k gold**
- **Zodiac sterling silver**
- **Birth stone**
- **Clips sterling silver and 14k gold**
- **Beads 14k gold**
- **Bracelet and necklace in silver and oxidized silver**

### Spacers sterling silver

79100 79101 79102 79103 79104 79154

79155 79156 79176 79177 79181 79197

79204 79206

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

## Catalog

Jewelry

Choose a category here:

- **Beads sterling silver**
- **Spacers sterling silver**
- **Beads sterling silver w/ gem**
- **Beads sterling silver w/ 14k gold**
- **Zodiac sterling silver**
- **Birth stone**
- **Clips sterling silver and 14k gold**
- **Beads 14k gold**
- **Bracelet and necklace in silver and oxidized silver**

### Beads sterling silver w/ gem

79120 Cz | 79120 pCz | 79127 Gr | 79127 Pe | 79134 Cz | 79134 pCz

79160 Cz | 79160 aCz | 79160 pCz | 79132 P | 79170 Cz | 79170 aCz

79172 Cz | 79172 pCz | 79182 Cz | 79182 lcz | 79185 Cz | 79196 Cz

79208 lCz | 79217 Ms | 79196 aCz

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

Jewelry

## Catalog

Choose a category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Beads sterling silver w/ 14k gold

79122 79125 79139 79118 79153 79164 D with Diamonds

79167 79168 79169 79173 79178 79179

79188 Cz 79184 79207 Cz 79207 pCz 79200 79209 D with Diamonds

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Pandora Jewelr

Page 1 of 1

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

*Jewelry*

## Catalog

Choose a category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

### Zodiac sterling silver

Capricorn 79141
Aquarius 79142
Pisces 79143
Aries 79144
Taurus 79145
Gemini 79146
Cancer 79147
Leo 79148
Virgo 79149
Libra 79150
Scorpio 79151
Sagittarius 79152

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

http://www.pandora-jewelry.com/page.asp?documentid=72

9/9/2003

Pandora Jewelr

Page 1 of 1

Home | About Pandora | Catalog | Pandora Style | News | Press | Customer Service | Contact | Dealer Login

Jewelry

## Catalog

Choose a category here:

- **Beads sterling silver**
- **Spacers sterling silver**
- **Beads sterling silver w/ gem**
- **Beads sterling silver w/ 14k gold**
- **Zodiac sterling silver**
- **Birth stone**
- **Clips sterling silver and 14k gold**
- **Beads 14k gold**
- **Bracelet and necklace in silver and oxidized silver**

### Birth stone

| | | | | | |
|---|---|---|---|---|---|
| January<br>79166 Gr | February<br>79166 Am | March<br>79166 Aq | April<br>79166 Bk | May<br>79166 Ch | June<br>79166 P |
| July<br>79166 K | August<br>79166 Pe | September<br>79166 Ko | October<br>79166 Tu | November<br>79166 R | December<br>79166 L |

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

http://www.pandora-jewelry.com/page.asp?documentid=71

9/9/2003

*Jewelry*

## Catalog

Choose a category here:

- **Beads sterling silver**
- **Spacers sterling silver**
- **Beads sterling silver w/ gem**
- **Beads sterling silver w/ 14k gold**
- **Zodiac sterling silver**
- **Birth stone**
- **Clips sterling silver and 14k gold**
- **Beads 14k gold**
- **Bracelet and necklace in silver and oxidized silver**

### Clips sterling silver and 14k gold

79138

79163

79140 w. 14k

79118 14k gold

79216 w. 14k

79210

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Jewelry
75117
75198
75119
75120
75121
75215 Cz
75215 aCz
75130
75131
75199
75201
75203
75122

## Catalog

Choose a category here:

- **Beads sterling silver**
- **Spacers sterling silver**
- **Beads sterling silver w/ gem**
- **Beads sterling silver w/ 14k gold**
- **Zodiac sterling silver**
- **Birth stone**
- **Clips sterling silver and 14k gold**
- **Beads 14k gold**
- **Bracelet and necklace in silver and oxidized silver**

### Beads 14k gold

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

*Jewelry*

## Catalog

Choose a category here:

- Beads sterling silver
- Spacers sterling silver
- Beads sterling silver w/ gem
- Beads sterling silver w/ 14k gold
- Zodiac sterling silver
- Birth stone
- Clips sterling silver and 14k gold
- Beads 14k gold
- Bracelet and necklace in silver and oxidized silver

**Bracelet in sterling silver and oxidized silver available in the following lengths 6.7 / 7.1 / 7.5 / 7.9/ 8.3 and 8.7 inch**

**Necklace in sterling silver and oxidized silver available in the following lengths 15.8 / 16.6 and 17.8 inch**

59700 Bracelet (6.7 - 8.7 inch)
59700 Necklace (15.8 - 16.6 inch)
59700 Necklace (17.8 inch)

59700 hv Bracelet (6.7 - 8.7 inch)
59700 hv Necklace (15.8 - 16.6 inch)
59700 hv Necklace (17.8 inch)

59702 Bracelet (6.7 - 8.7 inch)
59702 Necklace (15.8 - 16.6 inch)
59702 Necklace (17.8 inch)

59702 hv Bracelet (6.7 - 8.7 inch)
59702 hv Necklace (15.8 - 16.6 inch)
59702 hv Necklace (17.8 inch)

59702 g Bracelet w/14k snap (6.7 - 8.7 inch)
59702 g Necklace w/14k snap (15.8 - 16.6 inch)
59702 g Necklace w/14k snap (17.8 inch)

59702 hg Bracelet w/14k snap (6.7 - 8.7 inch)
59702 hg Necklace w/14k snap (15.8 - 16.6 inch)
59702 hg Necklace w/14k snap (17.8 inch)

© 2002 Pandora Jewelry. All rights reserved • Contact us with questions and comments **info@pandora-jewelry.com**

Exhibit 4

Chamil'
Pag of 1

Home > Beads > **G Series**-Sterling Silver

**G Series-Sterling Silver**

G-1 G-2 G-3 G-4 G-5 G-6

G-7 G-8 G-9 G-10 G-11 G-12

G-13 G-14 G-15 G-16 G-17 G-18

Next 18

http://www.chamilia.com/catalog2/default.asp?id=51 9/24/2003

Home > Beads > **G Series**-Sterling Silver

## G Series-Sterling Silver

Coming
Soon

G-19 G-20 G-21 G-22 G-23 G-24

G-25 G-26 G-27

Previous 18

Home > Beads

**Beads**

| **G Series**-Sterling Silver | **H Series**-Zodiac Symbol in Sterling Silver | **I Series**-Birth Stone in Sterling Silver | **J Series**-Sterling Silver with Gem | **K Series**-Sterling Silver with 14k Gold | **L Series**-14k Gold

Next 18

Home > Beads

**Beads**

| **G Series**-Sterling Silver | **H Series**-Zodiac Symbol in Sterling Silver | **I Series**-Birth Stone in Sterling Silver | **J Series**-Sterling Silver with Gem | **K Series**-Sterling Silver with 14k Gold | **L Series**-14k Gold




Previous 18 Next 18

Home > Beads

**Beads**

| **G Series**-Sterling Silver | **H Series**-Zodiac Symbol in Sterling Silver | **I Series**-Birth Stone in Sterling Silver | **J Series**-Sterling Silver with Gem | **K Series**-Sterling Silver with 14k Gold | **L Series**-14k Gold

H-10
H-11
H-12
I-1
I-2
I-3
I-4
I-5
I-6
I-7
I-8
I-9
I-10
I-11
I-12
J-1
J-2
J-3

Previous 18 Next 18

Home > Beads

**Beads**

| **G Series**-Sterling Silver | **H Series**-Zodiac Symbol in Sterling Silver | **I Series**-Birth Stone in Sterling Silver | **J Series**-Sterling Silver with Gem | **K Series**-Sterling Silver with 14k Gold | **L Series**-14k Gold

Previous 18 Next 18

Home > Beads

**Beads**

| **G Series**-Sterling Silver | **H Series**-Zodiac Symbol in Sterling Silver | **I Series**-Birth Stone in Sterling Silver | **J Series**-Sterling Silver with Gem | **K Series**-Sterling Silver with 14k Gold | **L Series**-14k Gold

K-9 K-10 K-11 L-1 L-2 L-3

L-4 L-5 L-6 L-7 L-8

Previous 18

Exhibit 5

CHAMILIA

FOR MORE INFORMATION CALL US
TEL: 800 495 0977 FAX: 800 495 0974

HOME | ABOUT US | CATALOG | QUALITY | NEWS | CONTACT | OPPORTUNITIES

*For one*
*who desires the*
*finer things*
*in life.*



CHAMILIA
FOR MORE INFORMATION CALL US
TEL: 800 495 0977 FAX: 800 495 0974
HOME
ABOUT US
CATALOG
QUALITY
NEWS
CONTACT
OPPORTUNITIES
About Us
Chamilia offers top quality products at attractive prices designed to meet the ever-changing, personal tastes of discriminating customers. For over three decades, the craftsmen at Chamilia have been producing fine jewelry, using the highest quality sterling silver and 14K gold available.
Express your own unique character and style by customizing your bracelet, necklace, or anklet. The versatility of this product makes it perfect for every occasion





CHAMILIA
FOR MORE INFORMATION CALL US
TEL: 800 495 0977 FAX: 800 495 0974
HOME
ABOUT US
CATALOG
QUALITY
NEWS
CONTACT
OPPORTUNITIES
Quality
At Chamilia, we deliver the highest quality jewelry collection on the market. Each product is individually tested using the strictest quality control guidelines.
We use only the highest quality sterling silver and 14K gold available. And, most important, all of our products are handmade by seasoned jewelry craftsmen.



CHAMILIA
FOR MORE INFORMATION CALL US
TEL: 800 495 0977 FAX: 800 495 0974
HOME
ABOUT US
CATALOG
QUALITY
NEWS
CONTACT
OPPORTUNITIES
News
Coming Soon.



CHAMILIA
FOR MORE INFORMATION CALL US
TEL: 800 495 0977 FAX: 800 495 0974
HOME
ABOUT US
CATALOG
QUALITY
NEWS
CONTACT
OPPORTUNITIES
Contact Us
You can contact us by filling out the form below or emailing us at info@chamilia.com
First Name:*
Occupation:
Address:
City:
State:
Last Name:*
Phone:*
Sex: Male Female
Zip Code:
Email:*
Comment:
Chamilia LLC
64-09 Booth Street
Second Floor
Rego Park, NY 11374
Tel 800 495 0977
Fax 800 495 0974
* required



CHAMILIA
FOR MORE INFORMATION CALL US
TEL: 800 495 0977 FAX: 800 495 0974
HOME
ABOUT US
CATALOG
QUALITY
NEWS
CONTACT
OPPORTUNITIES
CHAMILIA
Retailer Information
For more information on becoming a Chamilia Retailer, contact us.

Chains
Beads
Spacers
Clips
Letters

Catalog

Customize your bracelet, necklace, or anklet using Chamilia's threaded chain. Choose from a variety sterling silver and gold beads, spacers, birth stones and zodiac symbols. Add and change beads to capture the essence of the moment. Each piece easily screws into your desired section, resulting in a piece of jewelry that is unique to your personal taste. The result is stunning and will not go unnoticed by others.

If you are looking for something in particular, please use our search utility below.

Home > Chains

**Chains**

Bracelet / Anklets | A-Series | B-Series | C-Series

Necklaces | R-Series

A-Series Sterling Silver Clasp Bracelet/Anklet

C-Series 14k Gold Snap Bracelet/Anklet

B-Series Sterling Silver Snap Bracelet/Anklet

R-Series Sterling Silver Clasp Necklace

Home > Beads

**Beads**

| **G Series**-Sterling Silver | **H Series**-Zodiac Symbol in Sterling Silver | **I Series**-Birth Stone in Sterling Silver | **J Series**-Sterling Silver with Gem | **K Series**-Sterling Silver with 14k Gold | **L Series**-14k Gold

G-1 G-2 G-3 G-4 G-5 G-6

G-7 G-8 G-9 G-10 G-11 G-12

G-13 G-14 G-15 G-16 G-17 G-18

Next 18

Home > Beads

**Beads**

| **G Series**-Sterling Silver | **H Series**-Zodiac Symbol in Sterling Silver | **I Series**-Birth Stone in Sterling Silver | **J Series**-Sterling Silver with Gem | **K Series**-Sterling Silver with 14k Gold | **L Series**-14k Gold

Previous 18 Next 18