



A charm for every story







Patent pending · Solid gold, silver and precious stones · Copyright · All rights reserved · Bellagio, Las Vegas · Ice Accessories, Los Angeles · Franco Ferrini, Sacramento · Original Designs, New York · Village Jeweler, Florida · For a store near you visit www.pandora-jewelry.com

# PANDORA
*Jewelry*