Fresh-Air Recipes Fit For A Crew Or Just You

# westernliving

HOMES & DESIGN · TRAVEL · FOOD & WINE · THE WEST



## renovation now

whether chic and cheerful or polished and modern, homes retooled for the way you want to live

**next up**
A Suburb Modelled On Frank Lloyd Wright

**travel**
Found: Seaside Ghost Town Where Thousands Once Lived

April 2005 | Price $3.95

PM 40064924



