# MODERN JEWELER

PART 1 OF 2

MAY 2005
A CYGNUS PUBLICATION

CUFFS *to Covet*

THE HIGH-TECH
TOPAZ BOOM

TRENDS FROM
EUROPE

*Diamond*
BRAND
*Values*

