# MODERN

APRIL 2005
A CYGNUS PUBLICATION

*Pearl Style 2005*

THE PROFIT
SQUEEZE

RED CARPET
REVIEW

moonstruck




A charm for every story




Patent Pending #10/623,641 US 2004/0144131-A1 · Solid gold, silver and precious stones · Copyright · All rights reserved
For further information or becomming a retailer please call 410-309-0200 or e-mail lm@pandora-jewelry.com

# PANDORA
*Jewelry*