**CHIC LOW-COST HAIRCUTS: GET ONE NOW**

# InStyle

**67 LOOKS TO FLATTER YOUR SHAPE**

**GREAT BAGS AT EVERY PRICE**

# GET BEAUTIFUL!
## LOOK LIKE YOU, ONLY BETTER

**REESE WITHERSPOON**
WHAT SHE WANTS YOU TO KNOW

**CLOSET ENVY**
MAKE YOURS FABULOUS

InStyle

OCTOBER 2004 INSTYLE.COM AOL KEYWORD: INSTYLE



One for every unforgettable moment

 **PANDORA** *Jewelry*