

OSCAR STYLE SECRETS YOU CAN USE

# InStyle

**THE BEST BAGS SHOES JEWELS**
166 GREAT PICKS

**REFRESH YOUR MAKEUP**
WHAT TO TRY NOW

**SPRING TRENDS**
+ HOW TO WEAR THEM

QUEEN LATIFAH
"I KNOW WHAT I LIKE"

# GETTING GORGEOUS!
45 TIPS AND TRICKS FROM THE PROS

MARCH 2005
$3.99US $5.99CAN
0 3>
0 92567 10645 5
INSTYLE.COM
AOL KEYWORD:INSTYLE





