# GLAMOUR

$1,000 GIVEAWAY IN THIS ISSUE — HAVE A WINNING STICKER?

MARCH 2005

**500 men reveal:** The sex appeal of women with real bodies

**Win a $1,000 shopping spree on us!** Find a hidden sticker inside

**Hey, it's Naomi Watts!** All talent, no attitude

**EAT MORE, WEIGH LESS?** We chow-test the hungry-woman plan

**SECRETS OF YOUR CYCLE** Intimate info every woman should know

*Shop here!*

**250 sexy updates for any size!**



USA $3.99
CANADA $4.99
FOREIGN $4.99
www.glamour.com

**"OH MY GOD, I LOVE THAT WOMAN!"** What makes a man fall hard?



A charm for every story

Patent pending · Solid gold, silver and precious stones · Copyright · All rights reserved · Bellagio, Las Vegas · Franco Ferrini, California
Original Designs, New York · Charming You, Florida · For a store near you visit www.pandora-jewelry.com

# PANDORA
*Jewelry*