GENIUS! 6 RULES FOR DRESSING YOUR SHAPE SEXIER, P.174

# GLAMOUR

FEBRUARY 2005

**WHAT'S UP WITH *THAT*?**
Everything men do in bed, explained

Gotcha, guys!
**Dos & Don'ts**
seen on men

**KELLY RIPA**
shares the personal stuff she won't tell on TV

**SPECIAL SECTION!**
YOUNG WOMEN'S HEALTH QUIZ
Size up your personal risks

**12** things to keep secret forever

# Make over your body!
**\*No starving**
The new plan that works for every woman

SHUNNED FOR LIFE
The tragic story of the world's female outcasts



USA $3.99
CANADA $4.99
FOREIGN $4.99
www.glamour.com

0 754944 5  02>
084.37

A charm for every story





Patent pending · Solid gold, silver and precious stones · Copyright · All rights reserved · Bellagio, Las Vegas · Franco Ferrini, California Original Designs, New York · Charming You, Florida · For a store near you visit www.pandora-jewelry.com

# PANDORA *Jewelry*