KARAOKE MACHINE GIVEAWAY ... DETAILS INSIDE

# American Idol: The Magazine
### THE OFFICIAL VIEWER'S GUIDE
aithemagazine.com

## THE FINALS EDITION

Vol.1 Issue 2
$5.99US $7.99CAN



**YOU BE THE JUDGE** — FINALS SCORECARDS INSIDE

**BACKSTAGE PASS** — A TOUR BEHIND THE SCENES

**UPS & DOWNS: RIDING** THE AMERICAN IDOL ROLLERCOASTER



A charm for every story



Patent pending · Solid gold, silver and precious stones · Copyright · All rights reserved · Bellagio, Las Vegas · Ice Accessories, Los Angeles
Franco Ferrini, Sacramento · Original Designs, New York · Village Jeweler, Florida · For a store near you visit www.pandora-jewelry.com

# PANDORA
*Jewelry*