**WIN A TRIP TO THE 2005 SEASON FINALE!**

# American Idol The Magazine
## THE OFFICIAL VIEWER'S GUIDE

aithemagazine.com

## YOU BE THE JUDGE
Official Scorecards for the voting episodes

## Season 4's Top 75

## STAR MAKERS:
Meet The Producers

## LOOKING BACK
Three Years of *American Idol*

**COLLECTOR'S EDITION**

## SEACREST IN!
### EXCLUSIVE INTERVIEW

Vol.1 Issue 1

$5.99US $7.99CAN

0 71486 01677 9




A charm for every story




Patent pending · Solid gold, silver and precious stones · Copyright · All rights reserved · www.pandora-jewelry.com
For a list of stores in your area contact Peggy at atki025@attglobal.net

# PANDORA
*Jewelry*