**LATHROP & GAGE L.C.**
William R. Hansen (WH-9446)
Gianfranco G. Mitrione (GM-8168)
Bridget A. Short (BS-4191)
230 Park Avenue, Suite 1847
New York, New York 10169
(212) 850-6220 (tel)
(212) 850-6221 (fax)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CHAMILIA, LLC,                              :   Civil Action No.:
                                            :   04 CV 06017 (KMK)
                Plaintiff,                  :
                                            :
        -against-                           :   ECF CASE
                                            :
PANDORA JEWELRY, LLC,                       :
                                            :
                Defendant.                  :
------------------------------------------------------------X

### DECLARATION OF CALLEEN S. WICKARD
### IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Calleen S. Wickard does hereby declare:

1. I submit this declaration in support of defendant's motion for summary judgment.

2. I am a private investigator working on behalf of Trademark Associates located in New York, New York.

3. I have personal knowledge of the facts stated herein.

4. On July 8, 2005 I traveled to Highlands West Gift Company, Inc. ("Highlands West") located in Lakeland, Florida to determine whether Highlands West currently sells Chamilia jewelry products.

NYDOCS 9394v1

5. I was greeted and attended to by Dawn Moore, owner of Highlands West. During my visit at Highlands West, I observed two display cases of jewelry products that contained the Chamilia line of jewelry products, comprising jewelry chains and beads.

6. I determined that Highlands West advertises and sells an extensive collection of Chamilia jewelry products.

7. Attached hereto are copies of literature obtained during the course of my investigation.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Dated: Port Richey, Florida
July 15, 2005

*Calleen S. Wickard*
Calleen S. Wickard

NYDOCS 9394v1










Bracelet - Anklet - Necklace

Bracelet Sizes (in inches): 6.7, 7.1, 7.5, 7.9, 8.3, 8.7, 9.1, 9.5, 10.3

| Basic Clasp | | Silver Snap | |
|---|---|---|---|
| (A Series) | (D Series) | (B Series) | (E Series) |

| Gold Snap | | Solid Gold |
|---|---|---|
| (C Series) | (F Series) | (CC Series) |

Flexible Bangle (BB)   Flexible Bangle (BC)

Necklace Sizes (in inches): 15.8, 16.6, 17.8, 19.7, 22

Basic Necklace Clasp



(R Series)

2

## Locks (MA Series)

       
MA-1   MA-2   MA-3   MA-7   MA-9   MA-10   MA-12   MA-18

     
MA-5   MA-13   MA-14   MA-21   MA-4   MA-6

## Shapes (GA Series)

     
GA-36   GA-37   GA-38   GA-39   GA-41   GA-42

    
GA-44   GA-45   GA-47   GA-48   GA-49   GA-52

  
GA-53   GA-54   GG-1

## Spacers (PA-Series)

         
PA-2   PA-3   PA-4   PA-5   PA-9   PA-10   PA-13   PA-14


PA-18   PA-20   PA-21   PA-25   PA-26   PA-6   PA-7   PA-8


PA-11   PA-12   PA-15   PA-16   PA-17   PA-22

## Silver Dangles (GH-Series)


GH-1   GH-2   GH-3   GH-4   GH-5   GH-6   GH-7


GH-8   GH-9

   

15   1.800.495.0977 • fax 1.800.495.0974 • info@chamilia.com           1.800.495.0977 • fax 1.800.495.0974 • info@chamilia.com   4