**Mixed Gold/Silver** (KA-Series)

**Spirituality - Sports - Family - Fruit**

     
KB-38  KB-39  KB-40  KB-45  KB-47  KB-48

    
GC-1  GC-2  GC-3  GC-4  GC-6*  GC-7*

"Give-Back" Program
Tsunami Bead

    
KB-53  KB-55  KC-32  KC-33  KC-36  KC-39

     
GC-8  GC-9  GC-10  GC-11  GC-12  GD-1

  
GD-2  GD-3  GD-4  GD-5  GD-6  GD-7

    
GE-1  GE-2  GE-3  GE-8  GF-1  GF-2

    

   
GF-3  GF-4  GF-4

 

*GC-6 - Luck & Long Life  • GC-7 - Health & Wealth

13  LA-18     Jewelry That Defines You            www.chamilia.com            6

## Murano Glass Beads

     
O-53    O-38    O-23    O-50    O-11    O-21

     
O-36    O-37    O-15    O-20    O-33    O-39

     
O-14    O-19    O-10    O-13    O-22    O-18

     
O-40    O-41    O-34    O-3    O-35    O-52

     
O-1    O-17    O-16    O-12    O-30    O-24

   
O-32    O-31    O-2

## Birthstones (I-Series)

     

Garnet / I-13 / January    Amethyst / I-14 / February    Aquamarine / I-15 / March    Quartz / I-16 / April    Emerald / I-17 / May    Pearl / I-18 / June

     

Ruby / I-19 / July    Peridot / I-20 / August    Sapphire / I-21 / September    Opal / I-22 / October    Topaz / I-23 / November    Turquoise / I-24 / December

### Birthstones (I-Series)

     

Garnet / I-25 / January    Amethyst / I-26 / February    Aquamarine / I-27 / March    Quartz / I-28 / April    Emerald / I-29 / May    Pearl / I-30 / June



Ruby / I-31 / July    Peridot / I-32 / August    Sapphire / I-33 / September    Opal / I-34 / October    Topaz / I-35 / November    Turquoise / I-36 / December

## Animals (GB Series)

     
GB-1  GB-2  GB-3  GB-4  GB-5  GB-7

     
GB-8  GB-9  GB-10  GB-11  GB-12  GB-13

GB-14  GB-15  GB-16  GB-17  GB-19  GB-20

GB-21  GB-22  GB-23  GB-24  GB-25  GB-26

GB-27  GB-28  GB-29

## Gold (LA-Series)

     
LA-1  LA-2  LA-3  LA-4  LA-8  LA-10

    
LA-19  LA-5  LA-6  LA-7  LA-9  LA-11

LA-12  LA-13  LA-16  LA-14  LA-15  LA-17

LA-18

## Gold Dangles (KH-Series)

    
KH-1  KH-2  KH-3  KH-4  KH-5  KH-8

## Zodiac (HA Series)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Capricorn HA-1 | Aquarius HA-2 | Pisces HA-3 | Aries HA-4 | Taurus HA-5 | Gemini HA-6 |
|  |  |  | | | |
| Cancer HA-7 | Leo HA-8 | Virgo HA-9 | Libra HA-10 | Scorpio HA-11 | Sagittarius HA-12 |

## Birthstones (i-Series)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Garnet I-1 January | Amethyst I-2 February | Aquamarine I-3 March | Quartz I-4 April | Emerald I-5 May | Pearl I-6 June |
|  |  |  |  |  |  |
| Ruby I-7 July | Peridot I-8 August | Sapphire I-9 September | Opal I-10 October | Topaz I-11 November | Turquoise I-12 December |

## Mixed Gold/Silver (KA-Series)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| KA-1 | KA-2 | KA-6 | KA-9 | KA-10 | KA-51 |
|  |  |  |  |  |  |
| KB-3 | KB-4 | KB-5 | KB-8 | KB-11 | KB-12 |
|  |  |  |  |  |  |
| KB-13 | KB-14 | KB-16 | KB-17 | KB-18 | KB-19 |
|  |  |  |  |  |  |
| KB-20 | KB-21 | KB-22 | KB-23 | KB-26 | KB-27 |
| | | | | |  |
| KB-28 | KB-30 | KB-31 | KB-35 | KB-37a | KB-37b KB-37c |

## Shapes (GA Series)

     
GA-1    GA-2    GA-2 Back    GA-3    GA-4    GA-5

      
GA-6    GA-7    GA-8    GA-9    GA-10    GA-11

     
GA-12    GA-14    GA-16    GA-17    GA-18    GA-21

    
GA-22    GA-23    GA-24    GA-25    GA-26

     
GA-27    GA-29    GA-30    GA-31    GA-32    GA-35

## Colored (NA-Series)

      
NA-1a    NA-1b    NA-1g    NA-2a    NA-2b    NA-2d    NA-4a

       
NA-4c    NA-4d    NA-5a    NA-5b    NA-5d    NA-6a    NA-6b

      
NA-6d    NA-7a    NA-7c    NA-7f    NA-7i    NA-8a    NA-8d

       
NA-8g    NA-13i    NA-14    NA-16a    NA-16c    NA-16d    NA-17c

      
NA-17d    NA-17e    NA-18b    NA-18d    NA-18f    NA-18g

PA-50a    PA-50c    PA-50d    PA-50f    PA-50g    PA-50j    PA-51a

PA-51b    PA-51c    PA-51d    PA-52c    PA-52d    PA-52f    PA-52g

## Stones (JA-Series)

     

Give-Back® Program

JA-1 Cancer Society | JA-1b Aids Awareness | JA-2 | JA-3 | JA-4 | JA-5

       

JA-6 | JA-7 | JA-8 | JA-8b | JA-8c | JA-9 | JA-10

     

JA-11 | JA-12 | JA-13 | JA-15 | JA-16 | JA-17

     

JA-19 | JA-21a | JA-21b | JA-22 | JA-23 | JA-25a

     

JA-25b | JA-26a | JA-26b | JA-29 | JA-31 | JA-33

## Stones (JB-Series)

      

JB-2a | JB-2b | JB-3a | JB-3b | JB-3c | JB-3d

### Silver Letters (T-Series)



### Gold Letters (U-Series)





## Jewelry That Defines You!

Chamilia's jewelry offers both classic and trendy styling. Personalize your own bracelet, necklace or anklet, each having unique character and style.

Add and change beads as much as you desire.

Select individual beads made from the finest quality precious metals and stones. Chamilia's manufacture has over 35 years of experience and only uses the highest quality sterling silver, 14k gold and Swarovski crystals.

Chamilia's designs are handmade by experienced craftsman. The large and growing collection of symbols, flowers, animals, zodiac signs and birthstones make for an endless variations and combinations, allowing the jewelry to tell ones own story. One can start with just one bead or add as many beads as desired.

To care for your fine jewelry, <u>do not</u> put in sterling silver cleaner, hot tubs or pools. Chamilia's anti-tarnish silver only needs to be cleaned with a soft cloth.



## Expressing Yourself is as Easy as A, B, C.

There is no better way to express yourself than by designing your own personal Chamilia beaded charm jewelry. Give your bracelet, necklace or anklet a casual look by using sterling silver beads or make it more formal with 14 karat gold beads. Creating your own Chamilia jewelry is as easy as A-B-C!



A) Design your style by selecting a chain, then add beads.



B) Twist each bead onto the chain until you're satisfied with the look you desire. Add as many beads as you like, or just a few. You choose the full look or movement in each section.



C) Secure your design with decorative locks that keeps your beads from sliding across the chain. The beads will still swivel on your chain with movement.

### Start Enjoying Your Chamilia Creation!

If desired, rearranging your bracelet, necklace or anklet is easy. Simply unlock the locks and remove your beads and start over.

Chamilia's anti-tarnish silver only needs to be cleaned with a soft cloth.
**Do not put in Sterling Silver Cleaner, Hot Tubs or Pools.**