LATHROP & GAGE L.C.
William R. Hansen (WH-9446)
Gianfranco G. Mitrione (GM-8168)
Bridget A. Short (BS-4191)
230 Park Avenue, Suite 1847
New York, New York 10169
(212) 850-6220 (tel)
(212) 850-6221 (fax)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CHAMILIA, LLC,                            :   Civil Action No.:
                                          :   04 CV 06017 (KMK)
       Plaintiff,                         :
                                          :
   -against-                             :   ECF CASE
                                          :
PANDORA JEWELRY, LLC,                     :
                                          :
       Defendant.                         :
------------------------------------------------------------X

### DECLARATION OF RICHARD R. HARRINGTON
### IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Richard R. Harrington does hereby declare:

1. I submit this declaration in support of defendant's motion for summary judgment.

2. I am a private investigator working on behalf of Trademark Associates located in New York, New York.

3. I have personal knowledge of the facts stated herein.

4. On July 8, 2005 I traveled to West End Gallery located at 48 Douglas Lane in East Aurora, New York to determine whether the West End Gallery currently sells Chamilia jewelry products.

NYDOCS 9395v1

5.  I was greeted and serviced by a clerk named Sue. I inquired about charm bracelets. Sue showed me two types of charm jewelry that are sold by West End Gallery. One type is called Love Links and the other is called Chamilia. West End Gallery maintains a display on the front counter with a post card that depicts Chamilia jewelry products.

6.  My investigation revealed that West End Gallery advertises and sells an extensive line of Chamilia jewelry products.

7.  Upon further investigation, I determined that West End Gallery maintains a web site located www.west-end-gallery.com on which West End Gallery advertises and sells Chamilia jewelry products.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Dated: Buffalo New York
July 15, 2005

/Richard R. Harrington

NYDOCS 9395v1



Whats New

# West End Gallery

new • artists • events • tour • contact

## Whats New

Chamilia, Pasha, Biagi, Bacio, & Lovelinks...charmed jewelry that defines you!!!

Each piece of jewelry has its own unique character and style. Made from the highest quality sterling silver, 14k gold and Swarovski crystals.

Come check out all the jewelry under our NEW ROOF!!! Shop and have a good time in comfort knowing you are well "covered".