

# Communications Cover Page



August 16th, 2004

TO:   Mr. Michael Lund, President
      Pandora Jewelry LLC
      10015 Old Columbia Road, Suite E245
      Columbia, MD 21046
      410-309-0200 Office
      410-309-0250 Fax

FR:   Donna-Renee Carlos
      Carlos Italian Charm Shop
      12401 Folsom Blvd #223
      Rancho Cordova, CA 95742

---

We received your message on our answering machine this morning of August 16th, 2004 as follows:

"Hi Donna. This is Michael Lund with Pandora Jewelry. I am the President. I need to talk to you about something. Could you please give me a call before my lawyer sends you a letter? I just want to talk to you myself in regards to the Chamilia you're selling. Cause now our patent application that has been publicized and you are selling something that violates my patent and therefore I can sue you for your profits and legal expenses. So please give me a call so maybe we can clear this up in a good fashion. I hope I can talk to you today. My number is 4103090213. Thank you very much. Bye bye."

This fax is a timely response in written form to your message, and a copy of it will be mailed today, August 16th, 2004 for your records. As you indicated that your patent now affords you the position to sue us, we will need a copy of the approved patent so we can isolate our legal grounds. And, due to the nature of your claim, we require that all communications about this issue be in written form, with specific information, directives and full disclosure of all aspects of your legal entitlements that we are violating.

These written communications are to be directed to the attention of the following parties:
   (A) Carlos, 12401 Folsom Blvd #223, Rancho Cordova, CA 95742,
   (B) Heisler & Associates, ATTN: B Heisler, 3017 Douglas Blvd., Suite 300. Roseville, CA 95661
   (C) Chamilia, LLC, ATTN: Troy Sergent, 260 West 44th St, 3rd Floor, NY, NY 10036

We will abide by terms set forth by any final legal determination provide by law.

Thank you,

Donna-Renee Carlos

CHAMILIA0256