UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHAMILIA, LLC, | ) | |
| | ) | Civil Action No.: 04-CV-06017 (KMK) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PANDORA JEWELRY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF JEFFREY JULKOWSKI IN SUPPORT OF CHAMILIA, LLC'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, Jeffrey Julkowski declares as follows:

1. I am the president of plaintiff Chamilia, LLC ("Chamilia"). I submit this declaration in support of Chamilia's Memorandum in Opposition to defendant Pandora's Motion for Summary Judgment. The facts set forth in this declaration are based on my personal knowledge.

2. Attached hereto as Exhibit A are true and correct copies of selected pages of Chamilia's Sales by Customer Summary covering the period from January 1, 2004 through May 1, 2005 (the "Sales Summary").

3. The Sales Summary is a compilation of Chamilia's monthly sales for each of its customers. It is kept by Chamilia in the ordinary course of its business, and it is Chamilia's regular practice to make the Sales Summary. It is regularly updated at or near the time of the transactions summarized in the Sales Summary by, or from information transmitted by, a person with knowledge of those transactions.

4. During my deposition in this matter, I identified a number of retailers who I understood had declined to purchase Chamilia merchandise or to continue purchasing Chamilia merchandise based on threats made by Pandora. As I noted at the time of my deposition, however, I did not have in front of me Chamilia's customer list with which to refresh my recollection. Having now had the opportunity to review the Sales Summary, I can identify the following additional retailers who were at one point customers of Chamilia but who I understand have declined to continue purchasing Chamilia merchandise as a result of Pandora's threats regarding its supposed patent rights: A&A Beads & Things (two retail locations), Added Touch, Best of Tymes, Comfort & Joy, Country Clutter of Hanover, Dream House Miniatures, The Joy Shop, Lasting Impressions, My Favorite Things, My Sister's Place, Seven Seas of Kansas, Washington Square, Fairwood Pharmacy, Silverland, The Silver Station, The Paper Store, Charming You, The General Store, The Barn Swallow, and Yesterday and Today.

5.   I declare under penalty of perjury that the foregoing is true and correct. Executed on August 11, 2005 in New York, New York.

_____
Jeffrey Julkowski