DECLARATION OF JEFFREY JULKOWSKI
EXHIBIT A
FILED UNDER SEAL