DECLARATION OF JAMES G. GOGGIN
EXHIBIT A
FILED UNDER SEAL