EXHIBIT B

# LOOKS, llc

- Home
- Services
- ☒ Staff
- Prices
- Products
- Appointment
- Specials
- Gift Certificates
- Photos
- Portfolio
- Employment
- Links
- Links
- Search
- CONTACT US



Come experie[nce]
the comfortal[ble]
Elegance of o[ur]
Full Service Sa[lon]
and meet ou[r]
Professional St[aff]

**Business Hours:**
Monday     10:00A - 6:0[0]
Tue - Fri     9:00A - 8:0[0]
Saturday    8:00A - 4:0[0]

Hair   Skin   Manicure   Pedicure   Waxing   Massage   Makeup   Tanning   Micro-dermabras[ion]

All rights reserved. By using our site, you agree to our terms of use.

**LOOKS, llc** 10015 Old Columbia Road, Suite H-120 Columbia, MD 21046   410.381.90[


Products

- Home
- Services
- Staff
- Prices
- Products
- Appointment
- Specials
- Gift Certificates
- Photos
- Portfolio
- Employment
- Links
- Links
- Search
- CONTACT US

| Retail Products | |
|---|---|
| Haircare Products | Redken |
| | Graham Webb |
| | Nioxin |
| | Curl Friends |
| Skincare Products | Dermalogica |
| | MD Formulation |
| Sunless Tanning | Fake Bake |
| Nail Products | OPI |
| Make-up Products | BIBO |
| Custom Jeweley | DeClerque Design |
| | PS Design |

| Professional Products | |
|---|---|
| Hair Color: semi-permanent & permanent | Redken, Framesi |
| Styling, Shampoo, Conditioning | Graham Webb, Redken |
| Skincare Products | Dermalogica, MD formulation |
| Nail Products | OPI |
| Make-up Products | BIBO |

We use only the highest quality products at LOOKS. Ask the receptionist for other retail product selections or information about our Monthly Specials and Gift Certificates.

**LOOKS, llc** 10015 Old Columbia Road, Suite H-120 Columbia, MD 21046    410.381.90

## PS Design



- Home
- Services
- ☒ Staff
- Prices
- Products
- Appointment
- Specials
- Gift Certificates
- Photos
- Portfolio
- Employment
- Links
- Links
- Search
- CONTACT US



**14 kt gold a**[nd]
**sterling silv**[er]
**Charm**
**Bracelets**

More than a hund[red]
to select from. Co[me]
in and design yo[ur]
own.

Take a look at th[e]
catalog pages:

### Page 1
### Page 2
### Page 3

**LOOKS, llc** 10015 Old Columbia Road, Suite H-120 Columbia, MD 21046   410.381.90

**INTERNET ARCHIVE**
**WayBackMachine**

Enter Web Address: http://              All        [ Take Me Back ]   Adv. Search  Compare Archive Pages

Searched for http://www.looksllc.com                                    **77** Results

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Aug 09, 2005

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 5 pages | 14 pages | 8 pages | 31 pages | 15 pages | 0 pages |
| | | | | Jan 19, 2000 * | Feb 03, 2001 * | Jan 21, 2002 * | Jan 24, 2003 * | Jan 24, 2004 * | |
| | | | | Jun 12, 2000 * | Feb 18, 2001 * | Jun 01, 2002 * | Feb 07, 2003 * | Jan 25, 2004 | |
| | | | | Oct 07, 2000 * | Apr 01, 2001 * | Jun 05, 2002 | Mar 20, 2003 * | Feb 11, 2004 * | |
| | | | | Nov 10, 2000 * | Apr 05, 2001 * | Aug 03, 2002 * | Mar 28, 2003 | Mar 26, 2004 * | |
| | | | | Dec 03, 2000 * | Apr 09, 2001 | Sep 25, 2002 * | Apr 03, 2003 | Apr 11, 2004 * | |
| | | | | | May 04, 2001 * | Oct 04, 2002 | Apr 06, 2003 | May 23, 2004 * | |
| | | | | | May 15, 2001 * | Nov 25, 2002 * | Apr 09, 2003 * | May 25, 2004 | |
| | | | | | May 16, 2001 | Nov 28, 2002 | Apr 13, 2003 * | Jun 11, 2004 | |
| | | | | | Jun 16, 2001 * | | Apr 22, 2003 | Jun 12, 2004 | |
| | | | | | Jul 20, 2001 * | | May 28, 2003 * | Jun 15, 2004 | |
| | | | | | Aug 16, 2001 * | | Jun 07, 2003 | Jun 17, 2004 | |
| | | | | | Nov 01, 2001 * | | Jun 19, 2003 | Aug 10, 2004 * | |
| | | | | | Nov 28, 2001 * | | Jun 21, 2003 | Sep 24, 2004 | |
| | | | | | Dec 22, 2001 * | | Jun 22, 2003 | Sep 25, 2004 | |
| | | | | | | | Jun 25, 2003 | Oct 16, 2004 * | |
| | | | | | | | Jul 25, 2003 * | | |
| | | | | | | | Jul 31, 2003 * | | |
| | | | | | | | Aug 01, 2003 | | |
| | | | | | | | Aug 06, 2003 | | |
| | | | | | | | Aug 08, 2003 | | |
| | | | | | | | Sep 30, 2003 | | |
| | | | | | | | Oct 04, 2003 | | |
| | | | | | | | Oct 07, 2003 | | |
| | | | | | | | Oct 08, 2003 | | |
| | | | | | | | Nov 26, 2003 * | | |
| | | | | | | | Nov 28, 2003 | | |
| | | | | | | | Dec 05, 2003 * | | |
| | | | | | | | Dec 08, 2003 | | |
| | | | | | | | Dec 22, 2003 | | |
| | | | | | | | Dec 26, 2003 | | |
| | | | | | | | Dec 28, 2003 | | |

Home | Help

Copyright © 2001, Internet Archive | Terms of Use | Privacy Policy