DECLARATION OF JAMES G. GOGGIN
EXHIBIT H
FILED UNDER SEAL