00058

1        Petersen

2    Q.   Was that your voice on the

3 recording?

4    A.   Yes.

5    Q.   Did you compare the words that you

6 spoke on the recording to the words that are

7 typed on Chamilia 11?

8    A.   Not in the minutest details, not

9 like each word were as the same.

10   Q.   Okay.

11        I would like to play it for you,

12 and I ask you to tell me whether this

13 accurately transcribes what you said.

14        MS. SHORT:  You should do that in

15 Danish, probably.

16        If you would like we would

17 stipulate to the transcription of the

18 voicemail message as it appears in

19 Chamilia Exhibit 11 that it is an

20 accurate transcription of the

21 recording.

22        MR. GOGGIN:  Okay, that's fine.

23        MS. SHORT:  If you would like the

24 witness to hear the recording and

25 verify its contents generally, but we

00059

| | |
|---|---|
| 1 | Petersen |
| 2 | will agree to the words as they appear |
| 3 | on the page. |
| 4 | MR. GOGGIN: Did you go over the |
| 5 | recording with him with that |
| 6 | transcript? |
| 7 | MS. SHORT: He -- |
| 8 | MR. GOGGIN: You're stipulating |
| 9 | that's an accurate transcription of the |
| 10 | recording? |
| 11 | MS. SHORT: We have compared the |
| 12 | voicemail message to the Exhibit 11 and |
| 13 | it is an accurate transcription. |
| 14 | MR. GOGGIN: Thank you. |
| 15 | Then I'm going to play it and ask |
| 16 | you whether this is your voice. |
| 17 | (Tape played.) |
| 18 | A. Yes, it is my voice. |
| 19 | Q. Okay. |
| 20 | Who were you speaking to? |
| 21 | A. To an answering machine. |
| 22 | Q. Who did you call, who was the |
| 23 | person that you called? |
| 24 | A. To Donna whose one of the owners |
| 25 | of the shop. She had been selling our |

**Petersen, Michael Lund**                         **Page 59**