EXHIBIT J

Deposition of Kurt Hofstrup 4/26/05                                    Pandora Exhibit 11

Hi Donna, this is Michael Lund with Pandora Jewelry, I'm the President. I need to talk to you about something. Could you please give me a call before my lawyer sends you a letter? I just want to talk to you myself in regard to the Chamilia that you are selling because now our patent has been publicized and you are selling something that violates my patent and therefore I can sue you for all your profits and legal expenses. So please give me a call so maybe we can clear this up in a good fashion. I hope I talk to you today. My number is 410-309-0213. Thank you very much. Bye bye.

This message was left on a telephone voice-mail device on August 16, 2004 with Dr. Carlos at Italian Charms Shop.