UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAMILIA, LLC,            ) | |
| ) | Civil Action No.:  04-CV-06017 (KMK) |
| Plaintiff,      ) | |
| ) | |
| v.                        ) | |
| ) | |
| PANDORA JEWELRY, LLC,     ) | |
| ) | |
| Defendant.     ) | |

**SUPPLEMENTAL DECLARATION OF JAMES G. GOGGIN IN SUPPORT
OF CHAMILIA, LLC'S MEMORANDUM IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, James G. Goggin declares as follows:

1. I am a partner with Verrill Dana, LLP, counsel to plaintiff Chamilia, LLC ("Chamilia") in the above-captioned action. I submit this supplemental declaration in support of Chamilia's Memorandum in Opposition to Defendant's Motion for Summary Judgment, which was filed yesterday, August 15, 2005.

2. Attached hereto is an Affidavit of Molly Bragg, Office Manager of the Internet Archive. This Affidavit is submitted as additional authentication of Exhibit B attached to my first declaration, which consists of true and correct copies of selected pages from the web site of LOOKS, LLC as it existed on June 1, 2002.

3. I received the Affidavit of Molly Bragg today, August 16, 2005, and I respectfully request that the Court consider this Affidavit in support of Chamilia's Memorandum in Opposition to Defendant's Motion for Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16 in Portland, Maine.

/s/ James G. Goggin
James G. Goggin