

# LOOKS, llc

- Home
- Services
- Staff
- Prices
- Products
- Specials
- Specials
- Gift
- Photos
- Portfolio
- Employment
- Links
- Links
- Search
- CONTACT US

Come experience the comfortable Elegance of our Full Service Salon and meet our Professional Staff.

Business Hours:
Monday   10:00A - 6:00P
Tue - Fri   9:00A - 8:00P
Saturday   8:00A - 4:00P

Hair   Skin   Manicure   Pedicure   Waxing   Massage   Makeup   Tanning
Micro-dermabrasion

All rights reserved. By using our site, you agree to our terms of use

LOOKS, llc   10015 Old Columbia Road, Suite H-120 Columbia, MD 21046
410.381.9030



LOOKS PS Design, Hair Skin Nail Care Beauty Salon ; SPA ; Columbia , Maryland , MD ; ...

Case 7:04-cv-06017-KMK    Document 62-3    Filed 08/16/2005    Page 3 of 3

1 of 1

## PS Design

- Home
- Services
- Staff
- Prices
- Products
- Appointment
- Specials
- Gift Certificates
- Photos
- Portfolio
- Employment
- Links
- Links
- Search
- CONTACT US



**14 kt gold and sterling silver Charm Bracelets**

More than a hundred to select from. Come in and design your own.

Take a look at the catalog pages:

**Page 1**
**Page 2**
**Page 3**

**LOOKS, llc** 10015 Old Columbia Road, Suite H-120 Columbia, MD 21046
410.381.9030