LATHROP & GAGE L.C.
William R. Hansen (WH-9446)
Gianfranco G. Mitrione (GM-8168)
Bridget A. Short (BS-4191)
230 Park Avenue, Suite 1847
New York, New York 10169
(212) 850-6220 (tel)
(212) 850-6221 (fax)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
CHAMILIA, LLC,                          :    Civil Action No.:
                                        :    04 CV 06017 (KMK)
                Plaintiff,              :
                                        :
        -against-                       :    ECF CASE
                                        :
PANDORA JEWELRY, LLC,                   :
                                        :
                Defendant.              :
-----------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to Rule 56(e) of the Federal Rules of Civil Procedure and upon the accompanying declaration of Gianfranco G. Mitrione (executed on September 2, 2005) and the exhibits annexed thereto, and the memorandum of law submitted herewith, the undersigned will move this Court, before the Honorable Kenneth M. Karas, United States District Court Judge, at the United States Courthouse, 500 Pearl Street, Courtroom 21D, New York, New York, at a time designated by the Court, for an Order pursuant to Rule 56(e) of the Federal Rules of Civil Procedure, striking inadmissible evidence offered by Plaintiff in opposition to Defendant's motion for summary judgment, and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, Oral argument will be on a date and at a time designated by the Court.

Dated: New York, New York
September 2, 2005

Respectfully submitted,

s/ William R. Hansen
William R. Hansen (WH-9446)
Gianfranco G. Mitrione (GM-8168)
Bridget A. Short (BS-4191)
LATHROP & GAGE L.C.
230 Park Avenue, Suite 1847
New York, New York 10169
Tel:    (212) 850-6220
Fax:   (212) 850-6221

Attorneys for Defendant
Pandora Jewelry, LLC