# LATHROP GAGE

WILLIAM R. HANSEN
(212) 850-6225
EMAIL   WHANSEN@LATHROPGAGE.COM
WWW.LATHROPGAGE.COM

230 PARK AVENUE
SUITE 1847
NEW YORK, NY 10169
(212) 850-6220, FAX (212) 850-6221

September 20, 2005

**BY HAND**

Honorable Kenneth M. Karas
United States District Judge
United States Court House, Room 920
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/05
```

Re:   Chamilia, LLC v. Pandora Jewelry, LLC
      Civil Action No.: 04-CV-06017 (KMK) - ECF Case

Dear Judge Karas:

We represent the defendant, Pandora Jewelry, LLC in the above case.

We write to request an adjournment of the October 3, 2005 deadlines to submit the Joint Pretrial Order and other pretrial submissions set by Order of this Court dated June 27, 2005. In the last telephone pretrial conference, the Court invited this request to adjourn the dates should the expected summary judgment motion be sub judice at a time when the parties should begin work on the required submissions. Such is the case.

The Defendant's Summary Judgment Motion was fully submitted on September 2, 2005; Defendant's Motion to Strike certain of plaintiff's submissions of evidence under Fed. R. Civ. P. 56(e) was also filed on that date. The motions remain pending for decision by the Court.

Given the status of the summary judgment motion, defendant respectfully requests that the October 3, 2005 pretrial submission date be adjourned to thirty (30) days following the

Change Your Expectations.

KANSAS CITY • OVERLAND PARK • ST. LOUIS • JEFFERSON CITY • SPRINGFIELD • BOULDER • WASHINGTON D.C.* • NEW YORK
*LATHROP & GAGE DC PLLC AFFILIATE

Honorable Kenneth M. Karas
September 20, 2005
Page 2

Court's decision on the pending summary judgment motion. The date of the Final Pretrial Conference is also adjourned sine die.

Counsel for Plaintiff joins in this Request.

The adjourned date for the filing of the Pre-Trial order is December 3, 2005. If the pending motions are still unresolved by that date, the parties may seek an adjournment.

Respectfully submitted,

LATHROP & GAGE L.C.

By: _____
William R. Hansen

cc: James G. Goggin, Esq.,
    Verrill Dana LLP    (By facsimile)

SO ORDERED:

_____      Dated: 9/22/05
U.S.D.J.

NYDOCS 9902v1