

# LATHROP GAGE

WILLIAM R. HANSEN
(212)850-6225
EMAIL: WHANSEN@LATHROPGAGE.COM
WWW.LATHROPGAGE.COM

230 PARK AVENUE
SUITE 1847
NEW YORK, NY 10169
(212) 850-6220, FAX (212) 850-6221

November 8, 2005

**BY HAND**

Honorable Kenneth M. Karas
United States District Judge
United States Court House, Room 920
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/05
```

Re:  Chamilia, LLC v. Pandora Jewelry, LLC
     Civil Action No.: 04-CV-06017 (KMK) - ECF Case

Dear Judge Karas:

We represent the defendant, Pandora Jewelry, LLC in the above case.

By letter dated, September 20, 2005, Defendant requested an adjournment of the deadlines to submit the Joint Pretrial Order and other pretrial submissions set by Order of this Court dated June 27, 2005 in light of Defendant's pending Summary Judgment Motion and Motion to Strike. Counsel for plaintiff joined in this request. Your Honor so ordered the request and adjourned the deadline for filing the Pretrial Order to December 3, 2005. Your Honor further ordered that if the pending motions were still unresolved by that date, that the parties may seek an adjournment.

The Defendant's Summary Judgment Motion and Motion to Strike remain pending for decision by the Court. In light of the status of the case, the parties respectfully requests that the December 3, 2005 Pretrial Order deadline be adjourned to an appropriate date set by the Court.

Change Your Expectations.

KANSAS CITY • OVERLAND PARK • ST. LOUIS • JEFFERSON CITY • SPRINGFIELD • BOULDER • WASHINGTON D.C.* • NEW YORK
*LATHROP & GAGE DC PLLC-AFFILIATE

Honorable Kenneth M. Karas
November 8, 2005
Page 2

      Counsel for Plaintiff joins in this Request.

Respectfully submitted,

LATHROP & GAGE L.C.

By: _____
      William R. Hansen

cc:    James G. Goggin, Esq.,
       Verrill Dana LLP    (By facsimile)

SO ORDERED:

_____    Dated: 11/11/05
U.S.D.J.

The deadline for the Joint Pre-Trial order is extended until January 15, 2006.