LATHROP
GAGE

WILLIAM R. HANSEN
(212)850-6225
EMAIL: WHANSEN@LATHROPGAGE.COM
WWW.LATHROPGAGE.COM

230 PARK AVENUE
SUITE 1847
NEW YORK, NY 10169
(212)850-6220. FAX (212)850-6221

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/06

December 23, 2005

**MEMO ENDORSED**

**BY HAND**

Honorable Kenneth M. Karas
United States District Judge
United States Court House, Room 920
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   Chamilia, LLC v. Pandora Jewelry, LLC
            Civil Action No.: 04-CV-06017 (KMK) - ECF Case

Dear Judge Karas:

We represent the defendant, Pandora Jewelry, LLC in the above case.

By letter dated, September 20, 2005 Defendant with Plaintiff's agreement requested an adjournment of the deadlines to submit the Joint Pretrial Order and other pretrial submissions originally set by Order of this Court dated June 27, 2005 and later in light of Defendant's pending Summary Judgment Motion and Motion to Strike. Your Honor so ordered the request and adjourned the deadline for filing the Pretrial Order to December 3, 2005. Your Honor further ordered that if the pending motions were still unresolved by that date, that the parties may seek an adjournment.

On November 8, 2005, Defendant's Summary Judgment Motion and Motion to Strike remained pending for decision by the Court, and therefore, Defendant, again with the consent of Plaintiff, sought an adjournment of the December 3, 2005 deadline. The Court so ordered the

Change Your Expectations.
KANSAS CITY • OVERLAND PARK • ST. LOUIS • JEFFERSON CITY • SPRINGFIELD • BOULDER • WASHINGTON D.C.* • NEW YORK
*LATHROP & GAGE DC PLLC-AFFILIATE

Honorable Kenneth M. Karas
December 23, 2005
Page 2

request on November 11, 2005 and extended the deadline for pretrial submissions to January 15, 2005.

Defendant by this letter seeks a further adjournment of the deadline for pretrial submissions as the Defendant's Summary Judgment Motion and Defendant's Motion to Strike certain of Plaintiff's submissions of evidence under Fed. R. Civ. P. 56(e) are still pending for decision by the Court. The parties respectfully request that the January 15, 2005 Pretrial Order deadline be adjourned to an appropriate date set to be by the Court.

Counsel for Plaintiff joins in this Request.

Respectfully submitted,

LATHROP & GAGE L.C.

By: *[signature]*
William R. Hansen

cc: James G. Goggin, Esq.,
Verrill Dana LLP    (By facsimile)

SO ORDERED:

_____    Dated: 1/4/06
U.S.D.J.

The Pre-Trial Order deadline is adjourned until further order of the Court.

NYDOCS 41919v1