UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/06

CHAMILIA, L.L.C.,

                Plaintiff,

-v-

PANDORA JEWELRY, L.L.C.,

                Defendant.

Case No. 04-CV-6017 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    Pursuant to the Stipulated Protective Order signed by this Court on April 19, 2005, Plaintiff's Motion to File Exhibits Under Seal regarding the Declarations of Jeffrey Julkowski (Ex. A) and James G. Goggin (Exs. A, H) is GRANTED. The Clerk of the Court is directed to terminate the Motion. (Docket No. 61)

SO ORDERED.

Dated:      March 28, 2006
              New York, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE