UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

**Chamilia, L.L.C.**, *in New York, NY*,

      Plaintiff,

-v-

**Pandora Jewelry, L.L.C.**, *of Columbia, Maryland*,

      Defendant.

---

Case No.

04-cv-6017 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

  The Court hereby ORDERS that the oral argument on the outstanding motions in this case shall be held at 11:00am on July 20, 2006 in the United States Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York, New York.

SO ORDERED.

_____
Kenneth M. Karas
United States District Judge

Dated: May 17, 2006
   New York, New York