EXHIBIT A

00074

1  was involved in a lawsuit with Chamilia prior to January of

2  2004?

3  A.  They don't -- they didn't give me a time. They said

4  there was a lawsuit going on.

5  Q.  When did they communicate this to you, over what

6  period of time?

7  A.  From January on and it's still going on.

8  Q.  And when was the first time someone approached you

9  discussing the Pandora and Chamilia lawsuit?

10 A.  Probably January, that same January.

11 Q.  And do you recall what was discussed?

12 A.  Well, like I said they all said to me that Pandora had

13 a patent on the beads, they were suing Chamilia, they were

14 going to win, that Chamilia was infringing on their patent

15 and that they would be putting us out of business and if

16 they had the product, that they stood the chance of having

17 the product confiscated because of a patent infringement

18 and losing their merchandise that they would have in the

19 store; so that they should not buy Chamilia because we

20 would not be in business.

21 Q.  And did retailers indicate to you from whom they

22 received this information?

23 A.  Most of them indicated they received it from the

24 Pandora reps or either at the Pandora booth at one of the

25 trade shows.