**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------X

CHAMILIA LLC, *in New York, NY,*

                       **Plaintiff,**

    -against-

PANDORA JEWELRY, LLC,

                       **Defendant.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**04 CV 06017 (KMK)**
**JUDGMENT**

       Whereas the above entitled action having been assigned to the Honorable Kenneth M. Karaht, U.S.D.J., and the Court thereafter on September 24, 2007, having handed down an OPINION AND ORDER (docket #81), granting Defendant's motion for Summary Judgment (docket #25) in its entirety and denying Defendant's motion to Strike Evidence (docket #66) as moot, and all pending motions are terminated, it is,

       **ORDERED, ADJUDGED AND DECREED**: that the Defendant's motion for Summary Judgment (docket #25) is granted in its entirety, Defendant's Motion to Strike Evidence (docket #66) is denied as moot, and all pending motions on the docket are terminated, the case is hereby closed.

**Dated: White Plains, N.Y.**
      **September 26, 2007**

                                    J. Michael McMahon- Clerk of Court

DOCKETED AS
A JUDGMENT
ON

USDC SDNY WP
SEP 2 6 2007
MICROFILM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____